B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Republic Title Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):     **36-3299283** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1941 Rohlwing Rd.**<br>**Rolling Meadows, IL**<br><br>ZIPCODE **60008** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>**1941 Rohlwing Rd., Rolng Meadows, IL**     ZIPCODE **60008** |
|---|

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| **Chapter 15 Debtor**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (12/11)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Republic Title Company** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)           Date</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☒ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (12/11)                                          Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Republic Title Company** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Bradley H. Foreman**
    Signature of Attorney for Debtor(s)

**Bradley H. Foreman 6190545
The Law Offices of Bradley H. Foreman, P
120 S. State Street Suite 535
Chicago, IL 60603
(312) 558-1850  Fax: (312) 558-1852
brad@bradleyforeman.com**

**December 31, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
    Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Piero Orsi**
    Signature of Authorized Individual

**Piero Orsi**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December 31, 2011**
Date

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Republic Title Company**                                                      Case No. _____

_____                                    _____
Debtor(s)                                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** 0.00 | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Republic Title Company**
_____
Debtor(s)        (If known)

Case No. _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |

**0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ | $ |
| Total (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE **Republic Title Company**                                          Case No. _____
                                    Debtor(s)                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Republic Title Company**                                                    Case No. _____
                          Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Adnan Ayyad**<br>**4004 Center Ave.**<br>**Lyons, IL  60534** | X | | **title claim** | X | X | X | **0.00** |
| ACCOUNT NO.<br><br>**Amcore Bank c/o Scott Kenig**<br>**455 North Cityfront Plaza Drive**<br>**Suite 2510**<br>**Chicago, IL  60611** | X | | **455 North Cityfront Plaza Drive-Su** | X | X | X | **0.00** |
| ACCOUNT NO.<br><br>**Ameriquest Mortgage**<br>**C/O Bernard LeSage**<br>**1000 Wilsher Blvd. Suite 1500**<br>**Los Angeles, CA  90017** | X | | **title claim** | X | X | X | **unknown** |
| ACCOUNT NO.<br><br>**Angel Avalos Jr. and Iliana Angel**<br>**5042 S. Knox**<br>**Chicago, IL  60632** | X | | **title claim** | X | X | X | **0.00** |

**17** continuation sheets attached

Subtotal
(Total of this page) | $ |

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Republic Title Company**
       Debtor(s)           Case No. _____
                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Angela Rojas<br>200 N. Jefferson<br>Suite 501<br>Chicago, IL 60661 | X | | title claim | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>Audey Yohann<br>1440 North Sheridan Rd.<br>Unit 306<br>Wilmette, IL 60091 | X | | title claim | X | X | | unknown |
| ACCOUNT NO.<br><br>Audrey and Andrew Seger<br>2010 N. Leavitt St.<br>Skokie, IL 60647 | X | | title claim | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>Bank of America<br>1201 Main St.<br>7th Floor<br>Dallas, TX 75202 | X | | title claim | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>Bank Of America<br>475 CrossPoint Parkwy<br>Getzville, NY 14068-9000 | | | Assignee or other notification for:<br>Bank of America | | | | |
| ACCOUNT NO.<br><br>Bank United<br>7815 N.W. 148th St.<br>Miami Lakes, FL 33016 | X | | title claim | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>Brendan Heneghan<br>1514 S. AVers<br>Chicago, IL 60623 | X | | title claim | X | X | X | 0.00 |

Sheet no. _____**1**_____ of _____**17**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                Subtotal
            (Total of this page)   $

                  Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Republic Title Company**
_____
Debtor(s)                                    Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Carol Levy<br>1829 Dobson<br>Evanston, IL  60202** | X | | title claim | X | X | X | |
| ACCOUNT NO.<br>**Chicago Dept.Of REvenue<br>333 S. State St.<br>Suite 300<br>Chicago, IL  60604** | X | | title claim | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Chicago Title Land Trust Co.<br>171 N. Clark<br>Suite 575<br>Chicago, IL  60601** | X | | | | | | 0.00 |
| ACCOUNT NO.<br>**Chicago Title U/T/N 8002356953<br>132 E. Delaware Place<br>Unit 6602<br>Chicago, IL  60611** | | | Assignee or other notification for:<br>Chicago Title Land Trust Co. | | | | |
| ACCOUNT NO.<br>**Cintas Document Management<br>P.O. Box 633842<br>Cincinnati, OH  45263** | | | | | | | 151.00 |
| ACCOUNT NO.<br>**Citi Mortgage Inc.<br>1101 W. 31st Dt.<br>Suite 110<br>Downers Grove, IL  60515** | X | | title claim | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Codilis and Associates<br>15W030 North Frontage Rd.<br>Suite 100<br>Burr Ridge, IL  60627** | X | | title claim | X | X | X | 0.00 |

Sheet no. _____**2**___ of ___**17**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    151.00
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Republic Title Company
_____
Debtor(s)                                          Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Com Ed P.O. Box 611 Carol Stream, IL 60197-6111 | | | | | | | 122.00 |
| ACCOUNT NO. Commonwealth Land Title 6601 Frances Street Omaha, NE 68106 | X | | title claim | X | X | X | 0.00 |
| ACCOUNT NO. Commonwealth Land Title Jacksonville Claims Center 601 Riverside Ave.Bldg 5 4th Flr Jacksonville, FL 32204 | | | Assignee or other notification for: Commonwealth Land Title | | | | |
| ACCOUNT NO. Commonwealth Land Title 11602 West Center Rd. Suite 300 Omaha, NE 68144 | X | | title claim | X | X | X | 0.00 |
| ACCOUNT NO. Countrywide Home Loans 7105 Corporate Drive Mail Stop: TX2-981-02-01 Plano, TX 75024 | X | | title claim | X | X | X | 0.00 |
| ACCOUNT NO. Dana Smith 2733 N. Lincoln Unit D Chicago, IL 60614 | X | | title claim | X | X | X | 0.00 |
| ACCOUNT NO. Daniel Partners LLC 8146 Floral Ave. Skokie, IL 60077 | X | | title claim | X | X | X | 0.00 |

Sheet no. ____**3**____ of ____**17**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 122.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Republic Title Company**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Dansong Wang 556 Green Bay Rd. Glencoe, IL 60022** | X | | title claim | X | X | X | 0.00 |
| ACCOUNT NO. **Deutsche Bank National Trust Trustee For AHM Inv. Trust 2005-2 60 Wall Street New York, NY 10005** | X | | title claim | X | X | X | 0.00 |
| ACCOUNT NO. **Directional Managing Co. C/O Michael Aufrecht 612 Lemai Lincolnwood, IL 60712** | X | | title claim | X | X | X | unknown |
| ACCOUNT NO. **Edgebrook Bank 6000 W. Touhy Chicago, IL 60646** | X | | title claim | X | X | X | unknown |
| ACCOUNT NO. **Edward and Patricia Feldheim 4953 W. Oakton Unit 509 Skokie, IL 60077** | X | | title claim | X | X | X | 0.00 |
| ACCOUNT NO. **Eurest Services 13028 Collection Center Drive Chicago, IL 60693** | X | | | | | | 1,522.00 |
| ACCOUNT NO. **FDIC 200 N.Martingale Rd. Schaumburg, IL 60173** | X | | title claim | X | X | X | unknown |

Sheet no. _____**4**_____ of _____**17**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,522.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Republic Title Company**
_____    Case No. _____
Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Federal Deposit Insurance Company**<br>**C/O United States Attorney**<br>**219 South Dearborn Suite 500**<br>**Chicago, IL  60604** | X | | **Claim asserted in federal case No. 11-03463** | X | X | | **63,000.00** |
| ACCOUNT NO.<br>**Federal Deposit Insurance Company**<br>**1601 N. Bryan Street**<br>**Dallas, TX  75201-3430** | X | | **title claim as reciever for Washington Mutual Bank** | X | X | | **unknown** |
| ACCOUNT NO. **3534**<br>**FedEx**<br>**P.O. Box 94515**<br>**Palatine, IL  60094-4515** | | | **Shipping services** | | | | **5,600.00** |
| ACCOUNT NO.<br>**Fidelity National Title Insurance Co.**<br>**C/O Jeremy Damitio**<br>**20 South Clark Suite 1510**<br>**Chicago, IL  60603** | | | **Claim asserted in federal court case No. 11-3463** | X | X | | **63,000.00** |
| ACCOUNT NO.<br>**Fidelity National Title Insurance Co.**<br>**601 S. Riverside**<br>**Bldg 5**<br>**Jacksonville, FL  32204** | | | **title claim** | X | X | X | **unknown** |
| ACCOUNT NO.<br>**First Bank of Highland Park**<br>**633 Skokie Bvd.**<br>**Suite 320**<br>**Northbrook, IL  60062** | X | | **title claim** | X | X | X | **0.00** |
| ACCOUNT NO.<br>**First Choice Coffee Services**<br>**3535 Commercial Ave.**<br>**Northbrook, IL  60062-1848** | | | **t** | | | | **30.00** |

Sheet no. _____**5**_____ of _____**17**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **131,630.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Republic Title Company**                                        Case No. _____
_____
        Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **First Franklin 2150 North First Streeet San Jose, CA 95131** | X | | title claim | X | X | X | **0.00** |
| ACCOUNT NO. **First NLC Financial Services 700 W. Hillsboro Blvd. Suite 204 Deerfield Beach, FL 33441** | X | | title claim | X | X | X | **0.00** |
| ACCOUNT NO. **Fisher and Shapiro 4201 North Lake Cook Rd. Northbrook, IL 60062** | X | | 455 North Cityfront Plaza Drive-Su | X | X | X | **0.00** |
| ACCOUNT NO. **Flood Enterprises, Inc. 951 S. Benton Palatine, IL 60067** | X | | title claim | X | X | X | **0.00** |
| ACCOUNT NO. **Gary and Connie Henry 1111 Merrill õyWPU N¹ æ- ·Æè O®Ìëk˜óë°é- qw Winnetka, IL 60093** | X | | title claim | X | X | X | |
| ACCOUNT NO. **Gilbert and Carolyn Zoghlin 2260 Bracken Lane Northfield, IL 60093** | X | | title claim | X | X | X | |
| ACCOUNT NO. **Grange Mutual 671 S. High St. Columbus, OH 43206** | X | | title claim | X | X | X | **unknown** |

Sheet no. _____**6**___ of ___**17**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    $ _____
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Republic Title Company**                                                     Case No. _____
_____
Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Dykema Gossett**<br>**10 S. Wacker**<br>**Suite 2300**<br>**Chicago, IL  60606** | | | Assignee or other notification for:<br>**Grange Mutual** | | | | |
| ACCOUNT NO.<br>**Howard Fisher And Susan Holleb-Fisher**<br>**2315 McCormick Blvd.**<br>**Evanston, IL  60201** | X | | **title claim** | X | X | | **unknown** |
| ACCOUNT NO.<br>**Indy Mac Bank FSB**<br>**901 E. 104th St.**<br>**Kansas City, MO  64131** | X | | **title claim** | X | X | X | **0.00** |
| ACCOUNT NO. **5320**<br>**Info Track Inc.**<br>**111 Deerlake Rd.**<br>**Suite 105**<br>**Deerfield, IL  60015** | | | **Services** | | | | **2,100.00** |
| ACCOUNT NO.<br>**James and Irene Gillespie**<br>**1615 N. Mitchell**<br>**Arlington Heights, IL  60004** | X | | **title claim** | X | X | X | **0.00** |
| ACCOUNT NO.<br>**James Smith**<br>**Bock And Hatch LLC**<br>**134 N. LaSalle Suite 1000**<br>**Chicago, IL  60602** | X | | **title claim** | X | X | X | **0.00** |
| ACCOUNT NO.<br>**Jason Wilson**<br>**2746 Highland Ave.**<br>**Berwyn, IL  60402** | X | | **title claim** | X | X | X | **unknown** |

Sheet no. ____**7**____ of ____**17**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,100.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Republic Title Company**
_____
Debtor(s)                                              Case No. _____
                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Javier and Judy Malodonado** <br> **1981 Madison** <br> **Gurnee, IL  60031** | X | | title claim | X | X | X | **0.00** |
| ACCOUNT NO. <br><br> **Jeanne Miller And Nicholas Johnson** <br> **4123-A West Shamrock Lane** <br> **McHenry, IL  60050** | X | | title claim | X | X | X | **0.00** |
| ACCOUNT NO. <br><br> **Jeff Picklin** <br> **1201 Terrace Ct.** <br> **Glencoe, IL  60022** | X | | title claim | X | X | X | **0.00** |
| ACCOUNT NO. <br><br> **Jefferson Fulton Co.** <br> **218 N. Jefferson** <br> **Suite 400** <br> **Chicago, IL  60661** | X | | title claim | X | X | X | **0.00** |
| ACCOUNT NO. <br><br> **Jill Lake** <br> **2511 Queens Way** <br> **Northbrook, IL  60062** | X | | title claim | X | X | X | **0.00** |
| ACCOUNT NO. <br><br> **JL3 Industries LLC** <br> **C/O Donald Fitzgibbons** <br> **313 E. Liberty St.** <br> **Wauconda, IL  60084** | X | | title claim | X | X | | **unknown** |
| ACCOUNT NO. <br><br> **Joe And Maggies Corp.** <br> **23449 N. Summit Dr.** <br> **Barrington, IL  60010** | | | Services | | | | **1,600.00** |

Sheet no. _____**8**___ of ___**17**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ **1,600.00**
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Republic Title Company**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Joseph and Alexis Chekouras**<br>**2654 Mari Oak Drive**<br>**Highlamd Park, IL  60035** | X | | title claim | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**JP Morgan Chase**<br>**P.O. Box 8000**<br>**Monroe, LA  71211** | X | | title claim | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**Junior Mendez and Griselda Corona**<br>**479 N. Adams**<br>**Kankakee, IL  60901** | X | | title claim | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**Keri Callahan**<br>**1910 South Indiana Ave.**<br>**Unit 319**<br>**Chicago, IL  60616** | X | | title claim | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**Kirk Denz And Cindy Denz**<br>**34444 N. Converse**<br>**Ingleside, IL  60014** | X | | title claim | X | X | | **unknown** |
| ACCOUNT NO.<br><br>**Libertyville Bank and Trust**<br>**507 N. Milwaukee Ave.**<br>**Libertyville, IL  60048** | X | | title claim | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**Lori Diney**<br>**4149 N. Milwaukee Ave.**<br>**Chicago, IL  60641** | X | | title claim | X | X | X | 0.00 |

Sheet no. ____**9**____ of ____**17**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Republic Title Company**
_____
Debtor(s)                                    Case No. _____
                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | title claim | X | X | X | |
| **Lucas Thomas** **925 S. Dunton** **Arlington Heights, IL 60005** | | | | | | | **0.00** |
| ACCOUNT NO. | X | | title claim | | X | X | |
| **Madison Developers Inc.** **1101 N. Milwaukee Suite 400** **Chicago, IL 60612** | | | | | | | **0.00** |
| ACCOUNT NO. | X | | title claim | X | X | X | |
| **Maghsood Abbaszadeh** **1817 N. Fremont** **Chicago, IL 60610** | | | | | | | **0.00** |
| ACCOUNT NO. | X | | title claim | X | X | X | |
| **Maria and Augustyn Drelich** **4248 W. 77th St.** **Unit 104** **Chicago, IL 60652** | | | | | | | **0.00** |
| ACCOUNT NO. | X | | title claim | X | X | X | |
| **Mark Klingler Borsody** **1297 Hedgrow Drive** **Grayslake, IL 60030** | | | | | | | **0.00** |
| ACCOUNT NO. | X | | title claim | X | X | X | |
| **Marquette Bank** **10000 W. 151st St.** **Orland Park, IL 60462** | | | | | | | **0.00** |
| ACCOUNT NO. | X | | title claim | X | X | X | |
| **MB Financial Bank** **6111 N. River Rd.** **Suite 800** **Rosemont, IL 60018** | | | | | | | **0.00** |

Sheet no. ___**10**___ of ___**17**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Republic Title Company**
_____
Debtor(s)                                                            Case No. _____
                                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9012** <br> **MBE Partners** <br> **P.O. Box 32297** <br> **Raleigh, NC  27622-2297** | | | | | | | 1,450.00 |
| ACCOUNT NO. <br> **Michael And Nicole Harasym** <br> **107 Samoset Lane** <br> **Schaumburg, IL  60193** | X | | title claim | X | X | X | 0.00 |
| ACCOUNT NO. <br> **Michael Cohen** <br> **885 N. Happ** <br> **Northfield, IL  60093** | X | | title claim | X | X | X | 0.00 |
| ACCOUNT NO. <br> **Mubarek Ibrahim** <br> **9124 S. Thomas** <br> **Bridgeview, IL  60455** | X | | title claim | X | X | X | 0.00 |
| ACCOUNT NO. <br> **Much Shelist** <br> **191 N. Wacker** <br> **Suite 1800** <br> **Chicago, IL  60606** | X | | title claim | X | X | X | 0.00 |
| ACCOUNT NO. <br> **National Spiritual Assembly of the Bahai** <br> **1233 Central St.** <br> **Evanston, IL  60201** | X | | title claim | X | X | X | 0.00 |
| ACCOUNT NO. <br> **Neerag Sahgal** <br> **106 N. Aberdeen St.** <br> **Unit 5f** <br> **Chicago, IL  60607** | X | | title claim | X | X | X | 0.00 |

Sheet no. ____**11**___ of ____**17**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   1,450.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Republic Title Company** _____    Case No. _____
                        Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Neil and Amy Coleman**<br>**1910 N. Clark**<br>**Chicago, IL  60614** | X | | title claim | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Netrix**<br>**2801 Lakeside Drive**<br>**3rd Floor**<br>**Bannockburn, IL  60015** | | | | | | | 1,264.00 |
| ACCOUNT NO.<br>**North Community Bank**<br>**3639 N. Broadway**<br>**Chicago, IL  60613** | X | | title claim | X | X | X | unknown |
| ACCOUNT NO.<br>**Olga Shapiro**<br>**9445 North Kenton**<br>**Unit 408**<br>**Skokie, IL  60076** | X | | title claim | X | X | X | 0.00 |
| ACCOUNT NO.<br>**One West Bank**<br>**888 East Walnut St.**<br>**Pasadena, CA  91101** | | | title claim | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Paul Del Busto and Cynthia Tellez**<br>**1912 N. Clark**<br>**Chicago, IL  60614** | | | title claim | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Peoples Gas**<br>**Chicago, IL  60687-0001** | | | | | | | 100.00 |

Sheet no. ___**12**___ of ___**17**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 1,364.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Republic Title Company** _____ Case No. _____
                    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Pierce and Associates** <br> **1 North Dearborn** <br> **Suite 1300** <br> **Chicago, IL 60602** | | | title claim | X | X | X | |
| ACCOUNT NO. <br> **Piero Orsi** <br> **6445 W. Grand** <br> **Suite 205** <br> **Gurnee, IL 60031** | | | | | | | 1,967,000.00 |
| ACCOUNT NO. <br> **Pitney Bowes** <br> **500 Ross Street** <br> **Suite 574-0470** <br> **Pittsburgh, PA 15262-0001** | | | mailings | | | | 1,030.00 |
| ACCOUNT NO. <br> **PNA Bank** <br> **817 Ogden Lane** <br> **Lisle, IL 60532** | | | title claim | X | X | X | unknown |
| ACCOUNT NO. <br> **Raj Kuppuswami** <br> **480 N. McClurg Ct.** <br> **Unit 1004** <br> **Chicago, IL 60611** | | | title claim | X | X | | unknown |
| ACCOUNT NO. <br> **Rerdik Sarderova** <br> **9448 N. Oak Ave.** <br> **Des Plaines, IL 60016** | | | title claim | X | X | X | 0.00 |
| ACCOUNT NO. <br> **RESCAP Mortgagor** <br> **US Bancorp Center** <br> **800 Nicollett Mall** <br> **Minneapolis, MN 55402** | | | title claim | X | X | X | 0.00 |

Sheet no. ___**13**___ of ___**17**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,968,030.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Republic Title Company**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Rico Dungca and Elizabeth Dungca**<br>**9588 Terrace Place**<br>**Unit 1E**<br>**Des Plaines, IL  60016** | | | title claim | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Ricoh Americas Corp.**<br>**P.O. Box 74023**<br>**Atlanta, GA  30374-0423** | | | | | | | 2,400.00 |
| ACCOUNT NO.<br>**Safeguard**<br>**Lee Share**<br>**701 Lee St. Suite 840**<br>**Des Plaines, IL  60016** | | | | | | | 112.00 |
| ACCOUNT NO.<br>**Shaun and Maureen Petit**<br>**447 Bryant Ave.**<br>**Glen Ellyn, IL  60137** | | | title claim | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Shefsky And Froehlich**<br>**111 E. Wacker Drive**<br>**Suite 2800**<br>**Chicago, IL  60601** | | | title claim | X | X | X | unknown |
| ACCOUNT NO.<br>**Sir Speedy**<br>**721 Hastings Lane**<br>**Buffalo Grove, IL  60089** | | | | | | | 296.00 |
| ACCOUNT NO.<br>**Standard Bank and Trust**<br>**1400 Heritage Drive**<br>**Morris, IL  60450** | | | title claim | X | X | X | 0.00 |

Sheet no. _____**14**_____ of _____**17**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 2,808.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Republic Title Company**                                                            Case No. _____
_____
Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Stanley And Sheila Schlitter** <br> **510 Ash Street** <br> **Winnetka, IL  60093** | | | title claim | X | X | | unknown |
| ACCOUNT NO. <br> **State City County Services** <br> **120 W. Madison** <br> **Suite 1216** <br> **Chicago, IL  60602** | | | title claim | X | X | X | unknown |
| ACCOUNT NO. <br> **Sue Pecora** <br> **202 E. Camp McDonald Rd.** <br> **Prospect Heights, IL  60070** | | | | | | | 1,155.00 |
| ACCOUNT NO. <br> **Sun Trust Mortgage** <br> **1001 Semmes Ave.** <br> **  –D<** <br> **Richmond, VA  23224** | | | title claim | X | X | X | 0.00 |
| ACCOUNT NO. <br> **T & T Long Distance** <br> **P.O. Box 5017** <br> **Carol Stream, IL  60197-5017** | | | | | | | 210.00 |
| ACCOUNT NO. <br> **The Private Bank** <br> **1110 Jorie Blvd.** <br> **Oak Brook, IL  60523** | | | title claim | X | X | X | 0.00 |
| ACCOUNT NO. <br> **TKG Illinois Storage, LLC** <br> **C/O CT Corp Systems** <br> **208 S. LaSalle Suite 814** <br> **Chicago, IL  60604** | | | title claim | X | X | X | 0.00 |

Sheet no. ____15___ of ___17___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  1,365.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Republic Title Company**                                    Case No. _____
                    Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Ulsrom Land Searching <br> 223 W. Madison <br> Ottawa, IL 61350** | | | services | | | | 125.00 |
| ACCOUNT NO. <br> **United Office Systems <br> Suite 13 <br> 5400 Newport Drive <br> Rolling Meadows, IL 60008** | | | | | | | 300.00 |
| ACCOUNT NO. <br> **Urszula Gaworski <br> 15 Bar Harbour Rd. <br> Unit 6C <br> Schaumburg, IL 60173** | | | title claim | X | X | X | 0.00 |
| ACCOUNT NO. <br> **US Bank <br> US Bancorp Center <br> 800 Nicolett Mall <br> MInneapolis, MN 55402** | | | title claim | X | X | X | 0.00 |
| ACCOUNT NO. **1470** <br> **Vanguard Archives <br> 420 South 37th Ave. <br> St. Charles, IL 60174** | | | storage | | | | 17,600.00 |
| ACCOUNT NO. <br> **Violet and Benjamin Youkhana <br> 8440 N. LeClaire <br> Skokie, IL 60077** | | | title claim | X | X | X | 0.00 |
| ACCOUNT NO. <br> **Washington Mutual Home Loans <br> P.O. Box 201085** | | | title claim | X | X | X | 0.00 |

Sheet no. ___**16**___ of ___**17**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **18,025.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Republic Title Company**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Wauconda Associates 176 Thomas Ct. Wauconda, IL 60084** | | | title claim | X | X | X | **unknown** |
| ACCOUNT NO. **Wells Fargo 1 HOme Campus Des Moines, IA 50321** | | | title claim | X | X | X | |
| ACCOUNT NO. **Wells Fargo Bank 2289 Howard St. Evanston, IL 60202** | | | title claim | X | X | X | **0.00** |
| ACCOUNT NO. **World Savings Bank 4101 Wiseman Blvd. Bldg 108 San Antonio, TX 78251** | | | title claim | X | X | X | **0.00** |
| ACCOUNT NO. **Ziad and Maher Farhan 5027 W. Fullerton Chicago, IL 60622** | | | title claim | X | X | X | **0.00** |
| ACCOUNT NO. **Zones 1102 15th St. Suite 102 Auburn, WA 98001** | | | | | | | **3,400.00** |
| ACCOUNT NO. | | | | | | | |

Sheet no. __17__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,400.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **2,133,567.00**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Republic Title Company**                                                   Case No. _____
                    Debtor(s)                                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

     Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Hartford Underwriters Insurance** | **Automobile liability policy** |
| **Ricoh Americas Corporation**<br>**310 Windy Poiont Drive**<br>**Glendale Heights, IL  60139** | **Equipment lease and network services contract** |
| **TAMCO Capital Corporation**<br>**4830 W. Kennedy Blvs.**<br>**Suite 650**<br>**Tampa, FL  33609** | **Equipment lease for telephone system** |
| **Gerald Cecchin** | **Escrow agreement** |
| **First National Bank Of Brookfield** | **Escrow Agreement** |
| **HC Walden Properties** | **Escrow Agreement** |
| **Ravemant Partnership** | **Escrow agreement** |
| **Avenue Ridge LLC** | **Escrow Agreement** |
| **Keating Commons, LLC** | **Escrow agreement** |
| **Chicago Title And Trust Co.U/T/N 1100743** | **Lease for Libertyville Office** |
| **Mega Properties, Inc.**<br>**4849 N.Milwaukee Ave.**<br>**Suite 302**<br>**Chicago, IL  60630** | **Office lease for Milwaukee ave. Office** |
| **OB I LLC**<br>**C/O Fulcrum Operating Co. LLC**<br>**8725 W. Higgins Rd. Suite 805**<br>**Chicago, IL  60631** | **Office lease for Oak Brook Office** |
| **Chicago Title Land Trust Co.** | **Premises Lease for 1941 Rohlwing Rd.** |
| **WI-FI Fairway LLC**<br>**8170 McCormick Blvd.**<br>**Skokie, IL  60076** | **Premises lease for 8707 Skokie Blvd., Skokie** |
| **Frain Camins & Swartchild Mgmt Co.**<br>**100 North LaSalle Street**<br>**Suite 814**<br>**Chicago, IL  60602** | **Premises lease for LaSalle street office** |
| **Diamond Bank FSB**<br>**1051 Perimeter Drive**<br>**Schaumburg, IL  60173** | **Subordination Agreement and Commercial Security Agreement** |
| **Piero Orsi**<br>**5445 W. Grand Ave.**<br>**Suite 205**<br>**Gurnee, IL  60031** | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Republic Title Company**
_____
Debtor(s)                                    Case No. _____
                                                              (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Fidelity National Title Insurance Co.**<br>**C/O Jeremy Damitio**<br>**20 South Clark Suite 1510**<br>**Chicago, IL  60603** | **Federal Deposit Insurance Company**<br>**C/O United States Attorney**<br>**219 South Dearborn Suite 500**<br>**Chicago, IL  60604**<br><br>**Audey Yohann**<br>**1440 North Sheridan Rd.**<br>**Unit 306**<br>**Wilmette, IL  60091**<br><br>**Kirk Denz And Cindy Denz**<br>**34444 N. Converse**<br>**Ingleside, IL  60014**<br><br>**Howard Fisher And Susan Holleb-Fisher**<br>**2315 McCormick Blvd.**<br>**Evanston, IL  60201**<br><br>**Federal Deposit Insurance Company**<br>**1601 N. Bryan Street**<br>**Dallas, TX  75201-3430**<br><br>**Chicago Title Land Trust Co.**<br>**171 N. Clark**<br>**Suite 575**<br>**Chicago, IL  60601**<br><br>**JP Morgan Chase**<br>**P.O. Box 8000**<br>**Monroe, LA  71211**<br><br>**Keri Callahan**<br>**1910 South Indiana Ave.**<br>**Unit 319**<br>**Chicago, IL  60616**<br><br>**Junior Mendez and Griselda Corona**<br>**479 N. Adams**<br>**Kankakee, IL  60901**<br><br>**Edward and Patricia Feldheim**<br>**4953 W. Oakton**<br>**Unit 509**<br>**Skokie, IL  60077**<br><br>**First NLC Financial Services**<br>**700 W. Hillsboro Blvd.**<br>**Suite 204**<br>**Deerfield Beach, FL  33441** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) – Cont.

IN RE **Republic Title Company**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Daniel Partners LLC**<br>**8146 Floral Ave.**<br>**Skokie, IL  60077** |
| | **Maria and Augustyn Drelich**<br>**4248 W. 77th St.**<br>**Unit 104**<br>**Chicago, IL  60652** |
| | **Libertyville Bank and Trust**<br>**507 N. Milwaukee Ave.**<br>**Libertyville, IL  60048** |
| | **Marquette Bank**<br>**10000 W. 151st St.**<br>**Orland Park, IL  60462** |
| | **Angel Avalos Jr. and Iliana Angel**<br>**5042 S. Knox**<br>**Chicago, IL  60632** |
| | **Countrywide Home Loans**<br>**7105 Corporate Drive**<br>**Mail Stop: TX2-981-02-01**<br>**Plano, TX  75024** |
| | **Neerag Sahgal**<br>**106 N. Aberdeen St.**<br>**Unit 5f**<br>**Chicago, IL  60607** |
| | **First Franklin**<br>**2150 North First Streeet**<br>**San Jose, CA  95131** |
| | **Michael Cohen**<br>**885 N. Happ**<br>**Northfield, IL  60093** |
| | **Mubarek Ibrahim**<br>**9124 S. Thomas**<br>**Bridgeview, IL  60455** |
| | **Bank United**<br>**7815 N.W. 148th St.**<br>**Miami Lakes, FL  33016** |
| | **National Spiritual Assembly of the Bahai**<br>**1233 Central St.**<br>**Evanston, IL  60201** |
| | **Javier and Judy Malodonado**<br>**1981 Madison**<br>**Gurnee, IL  60031** |
| | **Amcore Bank c/o Scott Kenig** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) – Cont.

IN RE **Republic Title Company**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | 455 North Cityfront Plaza Drive<br>Suite 2510<br>Chicago, IL  60611 |
| | Madison Developers Inc.<br>1101 N. Milwaukee Suite 400<br>Chicago, IL  60612 |
| | Dana Smith<br>2733 N. Lincoln<br>Unit D<br>Chicago, IL  60614 |
| | Bank of America<br>1201 Main St.<br>7th Floor<br>Dallas, TX  75202 |
| | Flood Enterprises, Inc.<br>951 S. Benton<br>Palatine, IL  60067 |
| | Olga Shapiro<br>9445 North Kenton<br>Unit 408<br>Skokie, IL  60076 |
| | Neil and Amy Coleman<br>1910 N. Clark<br>Chicago, IL  60614 |
| | Codilis and Associates<br>15W030 North Frontage Rd.<br>Suite 100<br>Burr Ridge, IL  60627 |
| | Gilbert and Carolyn Zoghlin<br>2260 Bracken Lane<br>Northfield, IL  60093 |
| | Deutsche Bank National Trust<br>Trustee For AHM Inv. Trust 2005-2<br>60 Wall Street<br>New York, NY  10005 |
| | Lori Diney<br>4149 N. Milwaukee Ave.<br>Chicago, IL  60641 |
| | Citi Mortgage Inc.<br>1101 W. 31st Dt.<br>Suite 110<br>Downers Grove, IL  60515 |
| | Joseph and Alexis Chekouras<br>2654 Mari Oak Drive<br>Highlamd Park, IL  60035 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) – Cont.

IN RE **Republic Title Company**
_____
Debtor(s)

Case No. _____
(If known)

### SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Maghsood Abbaszadeh**<br>**1817 N. Fremont**<br>**Chicago, IL  60610**<br><br>**James and Irene Gillespie**<br>**1615 N. Mitchell**<br>**Arlington Heights, IL  60004**<br><br>**Indy Mac Bank FSB**<br>**901 E. 104th St.**<br>**Kansas City, MO  64131**<br><br>**Brendan Heneghan**<br>**1514 S. AVers**<br>**Chicago, IL  60623**<br><br>**Angela Rojas**<br>**200 N. Jefferson**<br>**Suite 501**<br>**Chicago, IL  60661**<br><br>**Lucas Thomas**<br>**925 S. Dunton**<br>**Arlington Heights, IL  60005**<br><br>**Dansong Wang**<br>**556 Green Bay Rd.**<br>**Glencoe, IL  60022**<br><br>**Fisher and Shapiro**<br>**4201 North Lake Cook Rd.**<br>**Northbrook, IL  60062**<br><br>**Audrey and Andrew Seger**<br>**2010 N. Leavitt St.**<br>**Skokie, IL  60647**<br><br>**Commonwealth Land Title**<br>**6601 Frances Street**<br>**Omaha, NE  68106**<br><br>**Gary and Connie Henry**<br>**1111 Merrill**<br>**õyWPU  N¹  æ-  ·Æè  O®Ïëk¯óë°é-  qw**<br>**Winnetka, IL  60093**<br><br>**First Bank of Highland Park**<br>**633 Skokie Bvd.**<br>**Suite 320**<br>**Northbrook, IL  60062**<br><br>**Much Shelist**<br>**191 N. Wacker**<br>**Suite 1800**<br>**Chicago, IL  60606** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) – Cont.

IN RE **Republic Title Company**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Carol Levy**<br>**1829 Dobson**<br>**Evanston, IL 60202**<br><br>**Commonwealth Land Title**<br>**11602 West Center Rd.**<br>**Suite 300**<br>**Omaha, NE 68144**<br><br>**Michael And Nicole Harasym**<br>**107 Samoset Lane**<br>**Schaumburg, IL 60193**<br><br>**Jefferson Fulton Co.**<br>**218 N. Jefferson**<br>**Suite 400**<br>**Chicago, IL 60661**<br><br>**Mark Klingler Borsody**<br>**1297 Hedgrow Drive**<br>**Grayslake, IL 60030**<br><br>**Edgebrook Bank**<br>**6000 W. Touhy**<br>**Chicago, IL 60646**<br><br>**MB Financial Bank**<br>**6111 N. River Rd.**<br>**Suite 800**<br>**Rosemont, IL 60018**<br><br>**Directional Managing Co.**<br>**C/O Michael Aufrecht**<br>**612 Lemai**<br>**Lincolnwood, IL 60712**<br><br>**Jason Wilson**<br>**2746 Highland Ave.**<br>**Berwyn, IL 60402**<br><br>**North Community Bank**<br>**3639 N. Broadway**<br>**Chicago, IL 60613**<br><br>**Grange Mutual**<br>**671 S. High St.**<br>**Columbus, OH 43206**<br><br>**Ameriquest Mortgage**<br>**C/O Bernard LeSage**<br>**1000 Wilsher Blvd. Suite 1500**<br>**Los Angeles, CA 90017**<br><br>**FDIC**<br>**200 N.Martingale Rd.**<br>**Schaumburg, IL 60173** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) – Cont.

IN RE **Republic Title Company**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **JL3 Industries LLC**<br>**C/O Donald Fitzgibbons**<br>**313 E. Liberty St.**<br>**Wauconda, IL  60084**<br><br>**Jeanne Miller And Nicholas Johnson**<br>**4123-A West Shamrock Lane**<br>**McHenry, IL  60050**<br><br>**James Smith**<br>**Bock And Hatch LLC**<br>**134 N. LaSalle Suite 1000**<br>**Chicago, IL  60602**<br><br>**Chicago Dept.Of REvenue**<br>**333 S. State St.**<br>**Suite 300**<br>**Chicago, IL  60604**<br><br>**Jeff Picklin**<br>**1201 Terrace Ct.**<br>**Glencoe, IL  60022**<br><br>**Jill Lake**<br>**2511 Queens Way**<br>**Northbrook, IL  60062**<br><br>**Eurest Services**<br>**13028 Collection Center Drive**<br>**Chicago, IL  60693**<br><br>**Adnan Ayyad**<br>**4004 Center Ave.**<br>**Lyons, IL  60534** |

### United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                                          Case No. _____

Republic Title Company                                         Chapter 11
_____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ 130

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date: **December 31, 2011**_____        */s/ Piero Orsi*_____
                                             Debtor


                                             _____
                                             Joint Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Republic Title Company
1941 Rohlwing Rd.
Rolling Meadows, IL  60008

Bank Of America
475 CrossPoint Parkwy
Getzville, NY  14068-9000

Com Ed
P.O. Box 611
Carol Stream, IL  60197-6111

The Law Offices of Bradley H. Foreman, P
120 S. State Street Suite 535
Chicago, IL  60603

Bank United
7815 N.W. 148th St.
Miami Lakes, FL  33016

Commonwealth Land Title
6601 Frances Street
Omaha, NE  68106

Adnan Ayyad
4004 Center Ave.
Lyons, IL  60534

Brendan Heneghan
1514 S. AVers
Chicago, IL  60623

Commonwealth Land Title
11602 West Center Rd.
Suite 300
Omaha, NE  68144

Amcore Bank c/o Scott Kenig
455 North Cityfront Plaza Drive
Suite 2510
Chicago, IL  60611

Carol Levy
1829 Dobson
Evanston, IL  60202

Commonwealth Land Title
Jacksonville Claims Center
601 Riverside Ave.Bldg 5 4th Flr
Jacksonville, FL  32204

Ameriquest Mortgage
C/O Bernard LeSage
1000 Wilsher Blvd. Suite 1500
Los Angeles, CA  90017

Chicago Dept.Of REvenue
333 S. State St.
Suite 300
Chicago, IL  60604

Countrywide Home Loans
7105 Corporate Drive
Mail Stop: TX2-981-02-01
Plano, TX  75024

Angel Avalos Jr. and Iliana Angel
5042 S. Knox
Chicago, IL  60632

Chicago Title Land Trust Co.
171 N. Clark
Suite 575
Chicago, IL  60601

Dana Smith
2733 N. Lincoln
Unit D
Chicago, IL  60614

Angela Rojas
200 N. Jefferson
Suite 501
Chicago, IL  60661

Chicago Title U/T/N 8002356953
132 E. Delaware Place
Unit 6602
Chicago, IL  60611

Daniel Partners LLC
8146 Floral Ave.
Skokie, IL  60077

Audey Yohann
1440 North Sheridan Rd.
Unit 306
Wilmette, IL  60091

Cintas Document Management
P.O. Box 633842
Cincinnati, OH  45263

Dansong Wang
556 Green Bay Rd.
Glencoe, IL  60022

Audrey and Andrew Seger
2010 N. Leavitt St.
Skokie, IL  60647

Citi Mortgage Inc.
1101 W. 31st Dt.
Suite 110
Downers Grove, IL  60515

Deutsche Bank National Trust
Trustee For AHM Inv. Trust 2005-2
60 Wall Street
New York, NY  10005

Bank of America
1201 Main St.
7th Floor
Dallas, TX  75202

Codilis and Associates
15W030 North Frontage Rd.
Suite 100
Burr Ridge, IL  60627

Diamond Bank FSB
1051 Perimeter Drive
Schaumburg, IL  60173

**Directional Managing Co.**
**C/O Michael Aufrecht**
**612 Lemai**
**Lincolnwood, IL 60712**

**Fidelity National Title Insurance Co.**
**601 S. Riverside**
**Bldg 5**
**Jacksonville, FL 32204**

**Grange Mutual**
**671 S. High St.**
**Columbus, OH 43206**

**Dykema Gossett**
**10 S. Wacker**
**Suite 2300**
**Chicago, IL 60606**

**First Bank of Highland Park**
**633 Skokie Bvd.**
**Suite 320**
**Northbrook, IL 60062**

**Howard Fisher And Susan Holleb-Fisher**
**2315 McCormick Blvd.**
**Evanston, IL 60201**

**Edgebrook Bank**
**6000 W. Touhy**
**Chicago, IL 60646**

**First Choice Coffee Services**
**3535 Commercial Ave.**
**Northbrook, IL 60062-1848**

**Indy Mac Bank FSB**
**901 E. 104th St.**
**Kansas City, MO 64131**

**Edward and Patricia Feldheim**
**4953 W. Oakton**
**Unit 509**
**Skokie, IL 60077**

**First Franklin**
**2150 North First Streeet**
**San Jose, CA 95131**

**Info Track Inc.**
**111 Deerlake Rd.**
**Suite 105**
**Deerfield, IL 60015**

**Eurest Services**
**13028 Collection Center Drive**
**Chicago, IL 60693**

**First NLC Financial Services**
**700 W. Hillsboro Blvd.**
**Suite 204**
**Deerfield Beach, FL 33441**

**James and Irene Gillespie**
**1615 N. Mitchell**
**Arlington Heights, IL 60004**

**FDIC**
**200 N.Martingale Rd.**
**Schaumburg, IL 60173**

**Fisher and Shapiro**
**4201 North Lake Cook Rd.**
**Northbrook, IL 60062**

**James Smith**
**Bock And Hatch LLC**
**134 N. LaSalle Suite 1000**
**Chicago, IL 60602**

**Federal Deposit Insurance Company**
**C/O United States Attorney**
**219 South Dearborn Suite 500**
**Chicago, IL 60604**

**Flood Enterprises, Inc.**
**951 S. Benton**
**Palatine, IL 60067**

**Jason Wilson**
**2746 Highland Ave.**
**Berwyn, IL 60402**

**Federal Deposit Insurance Company**
**1601 N. Bryan Street**
**Dallas, TX 75201-3430**

**Frain Camins & Swartchild Mgmt Co.**
**100 North LaSalle Street**
**Suite 814**
**Chicago, IL 60602**

**Javier and Judy Malodonado**
**1981 Madison**
**Gurnee, IL 60031**

**FedEx**
**P.O. Box 94515**
**Palatine, IL 60094-4515**

**Gary and Connie Henry**
**1111 Merrill**
**õyWPU N¹ æ- ·Æè O®Ïëk¨óë°é- qw**
**Winnetka, IL 60093**

**Jeanne Miller And Nicholas Johnson**
**4123-A West Shamrock Lane**
**McHenry, IL 60050**

**Fidelity National Title Insurance Co.**
**C/O Jeremy Damitio**
**20 South Clark Suite 1510**
**Chicago, IL 60603**

**Gilbert and Carolyn Zoghlin**
**2260 Bracken Lane**
**Northfield, IL 60093**

**Jeff Picklin**
**1201 Terrace Ct.**
**Glencoe, IL 60022**

Jefferson Fulton Co.
218 N. Jefferson
Suite 400
Chicago, IL  60661

Lori Diney
4149 N. Milwaukee Ave.
Chicago, IL  60641

Michael And Nicole Harasym
107 Samoset Lane
Schaumburg, IL  60193


Jill Lake
2511 Queens Way
Northbrook, IL  60062

Lucas Thomas
925 S. Dunton
Arlington Heights, IL  60005

Michael Cohen
885 N. Happ
Northfield, IL  60093


JL3 Industries LLC
C/O Donald Fitzgibbons
313 E. Liberty St.
Wauconda, IL  60084

Madison Developers Inc.
1101 N. Milwaukee Suite 400
Chicago, IL  60612

Mubarek Ibrahim
9124 S. Thomas
Bridgeview, IL  60455


Joe And Maggies Corp.
23449 N. Summit Dr.
Barrington, IL  60010

Maghsood Abbaszadeh
1817 N. Fremont
Chicago, IL  60610

Much Shelist
191 N. Wacker
Suite 1800
Chicago, IL  60606


Joseph and Alexis Chekouras
2654 Mari Oak Drive
Highlamd Park, IL  60035

Maria and Augustyn Drelich
4248 W. 77th St.
Unit 104
Chicago, IL  60652

National Spiritual Assembly of the Bahai
1233 Central St.
Evanston, IL  60201


JP Morgan Chase
P.O. Box 8000
Monroe, LA  71211

Mark Klingler Borsody
1297 Hedgrow Drive
Grayslake, IL  60030

Neerag Sahgal
106 N. Aberdeen St.
Unit 5f
Chicago, IL  60607


Junior Mendez and Griselda Corona
479 N. Adams
Kankakee, IL  60901

Marquette Bank
10000 W. 151st St.
Orland Park, IL  60462

Neil and Amy Coleman
1910 N. Clark
Chicago, IL  60614


Keri Callahan
1910 South Indiana Ave.
Unit 319
Chicago, IL  60616

MB Financial Bank
6111 N. River Rd.
Suite 800
Rosemont, IL  60018

Netrix
2801 Lakeside Drive
3rd Floor
Bannockburn, IL  60015


Kirk Denz And Cindy Denz
34444 N. Converse
Ingleside, IL  60014

MBE Partners
P.O. Box 32297
Raleigh, NC  27622-2297

North Community Bank
3639 N. Broadway
Chicago, IL  60613


Libertyville Bank and Trust
507 N. Milwaukee Ave.
Libertyville, IL  60048

Mega Properties, Inc.
4849 N.Milwaukee Ave.
Suite 302
Chicago, IL  60630

OB I LLC
C/O Fulcrum Operating Co. LLC
8725 W. Higgins Rd. Suite 805
Chicago, IL  60631

Olga Shapiro
9445 North Kenton
Unit 408
Skokie, IL  60076

Rerdik Sarderova
9448 N. Oak Ave.
Des Plaines, IL  60016

Stanley And Sheila Schlitter
510 Ash Street
Winnetka, IL  60093

One West Bank
888 East Walnut St.
Pasadena, CA  91101

RESCAP Mortgagor
US Bancorp Center
800 Nicolett Mall
Minneapolis, MN  55402

State City County Services
120 W. Madison
Suite 1216
Chicago, IL  60602

Paul Del Busto and Cynthia Tellez
1912 N. Clark
Chicago, IL  60614

Rico Dungca and Elizabeth Dungca
9588 Terrace Place
Unit 1E
Des Plaines, IL  60016

Sue Pecora
202 E. Camp McDonald Rd.
Prospect Heights, IL  60070

Peoples Gas
Chicago, IL  60687-0001

Ricoh Americas Corp.
P.O. Box 74023
Atlanta, GA  30374-0423

Sun Trust Mortgage
1001 Semmes Ave.
 --D<
Richmond, VA  23224

Pierce and Associates
1 North Dearborn
Suite 1300
Chicago, IL  60602

Ricoh Americas Corporation
310 Windy Poiont Drive
Glendale Heights, IL  60139

T & T Long Distance
P.O. Box 5017
Carol Stream, IL  60197-5017

Piero Orsi
6445 W. Grand
Suite 205
Gurnee, IL  60031

Safeguard
Lee Share
701 Lee St. Suite 840
Des Plaines, IL  60016

TAMCO Capital Corporation
4830 W. Kennedy Blvs.
Suite 650
Tampa, FL  33609

Piero Orsi
5445 W. Grand Ave.
Suite 205
Gurnee, IL  60031

Shaun and Maureen Petit
447 Bryant Ave.
Glen Ellyn, IL  60137

The Private Bank
1110 Jorie Blvd.
Oak Brook, IL  60523

Pitney Bowes
500 Ross Street
Suite 574-0470
Pittsburgh, PA  15262-0001

Shefsky And Froehlich
111 E. Wacker Drive
Suite 2800
Chicago, IL  60601

TKG Illinois Storage, LLC
C/O CT Corp Systems
208 S. LaSalle Suite 814
Chicago, IL  60604

PNA Bank
817 Ogden Lane
Lisle, IL  60532

Sir Speedy
721 Hastings Lane
Buffalo Grove, IL  60089

Ulsrom Land Searching
223 W. Madison
Ottawa, IL  61350

Raj Kuppuswami
480 N. McClurg Ct.
Unit 1004
Chicago, IL  60611

Standard Bank and Trust
1400 Heritage Drive
Morris, IL  60450

United Office Systems
Suite 13
5400 Newport Drive
Rolling Meadows, IL  60008

Urszula Gaworski
15 Bar Harbour Rd.
Unit 6C
Schaumburg, IL  60173

Ziad and Maher Farhan
5027 W. Fullerton
Chicago, IL  60622

US Bank
US Bancorp Center
800 Nicolett Mall
MInneapolis, MN  55402

Zones
1102 15th St.
Suite 102
Auburn, WA  98001

Vanguard Archives
420 South 37th Ave.
St. Charles, IL  60174

Violet and Benjamin Youkhana
8440 N. LeClaire
Skokie, IL  60077

Washington Mutual Home Loans
P.O. Box 201085

Stockton, CA  95202

Wauconda Associates
176 Thomas Ct.
Wauconda, IL  60084

Wells Fargo
1 HOme Campus
Des Moines, IA  50321

Wells Fargo Bank
2289 Howard St.
Evanston, IL  60202

WI-FI Fairway LLC
8170 McCormick Blvd.
Skokie, IL  60076

World Savings Bank
4101 Wiseman Blvd.
Bldg 108
San Antonio, TX  78251