## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

In re:

Republic Title Company

Case No. 11-11473

Chapter 7 case, converted from chapter 11

Debtor.

## FINAL REPORT OF DEBTOR AS DEBTOR IN POSSESSION
## UPON CONVERSION OF CHAPTER 11 CASE TO CHAPTER 7 CASE

I.     Cash

(a)     Total case receipts received during chapter 11 case (include cash on hand when the petition was filed).
       $ 6,337.75

(b)     Total cash disbursments during chapter 11 case     $ 5,261.25

(c)     Cash balance on hand at date of conversion     $ 1,076.50

(d)     Is the Cash balance on hand stated above subject to a security interest? Yes

(e)     If so, state the name and address of the secured creditor and the amount unpaid on the security agreement as of the date of conversion:

Name and Address of Secured Creditor

Diamond Bank FSB
1051 Perimeter Drive
Schaumburg, IL 60173

Amount Unpaid

Debtor not indebted to Diamond Bank; lien secures loan to shareholder.



Page 2, Final Report of  *Republic Title Company* ,Debtor

## II. Accounts Receivable

(a) Total amount due the debtor from other entities on date the case was converted to a chapter 7 case.   $ *8,153.00*

(b) Is the account receivable balance stated above subject to a security interest?   *Yes*

(c) If so, state the name and address of the secured creditor and the amount unpaid on the date of conversion on the security agreement:

Name and address of secured creditor
*Diamond Bank FSB
1051 Perimeter Drive
Schaumburg, IL 60173*

Amount unpaid
*Debtor not indebted to Diamond Bank; lien secures loan to shareholder.*

(d) Itemize below all accounts receivable due the debtor from other entities on the date the case was converted to a chapter 7 case:

Name and address of account obligor | Kind of obligation | Date of obligation | Amount due debtor

*See attached Schedule*



Page 3, Final Report of _Republic Title Company_, Debtor

### III. Accounts Payable

(a) Total unpaid debts incurred during chapter 11 case.   $ _164,352.23_

(b) Itemize below all unpaid debts incurred during the chapter 11 case, including unsecured debts, secured debts, taxes, wages, administrative expenses, etc., but not including any prepetition debts:

| Name and Address of unpaid entities | Kind of debt | Date incurred | Amount unpaid |
|---|---|---|---|

See attached Schedule.

Page 4, Final Report of _Republic Title Company_, Debtor

## V. Original Chapter 11 Assets

Itemize below the assets of the debtor other than cash or accounts receivable *on the date the petition was filed* that were disposed of during the chapter 11 case or that were retained but had a reduced or increased value on the date of conversion to a chapter 7 case:

| Description of property | Value Scheduled in Schedules B 1-2-3 or Schedules A-B-C | If disposed of, explain disposition | If retained, value on date of conversion |
|---|---|---|---|
| None. | | | |

## VI. New Chapter 11 Assets

Itemize below the assets of the debtor other than cash or accounts receivable *that were acquired by the debtor during the chapter 11 case* and that were disposed of during the chapter 11 case or that were retained as assets on the date of conversion to a chapter 7 case:

| Description of property | Price paid for property | If disposed of, explain disposition | If retained, value on date of conversion |
|---|---|---|---|
| None. | | | |


American LegalNet, Inc.
www.FormsWorkFlow.com

Page 5, Final Report of  Republic Title Company , Debtor

## VII. Executory Contracts and Unexpired Leases

(a) <u>Rejected</u> List below the unexpired leases and other executory contracts that were rejected during the chapter 11 case, including the name and address of every other party to each contract, the obligations of each party under the contract and the description and value of property covered by the contract:

None.

(b) <u>New, assumed, or not rejected</u> List below the unexpired leases and other executory contracts that were assumed or not rejected and the new executory contracts including leases that were entered into during the chapter 11 case, including the name and address of every other party to each contract, the obligations of each party under the contract and the description and value of property covered by the contract:

None.

The final report above, consisting of five pages and _____ exhibits, has been prepared for or by the undersigned, who declares under penalty of perjury that the statements contained therein are true and correct to the best of my knowledge, information and belief.

Executed on: 4.11.12  Signed: _____

Type name: Piero Orsi

The President of or for the debtor.

Name of debtor: Republic Title Company


American LegalNet, Inc.
www.FormsWorkFlow.com

| Invoices | Companies and Contacts | Reporting | Admin |

## Invoice Aging Report (Receivables)

| Invoice Number | RTC Number | Company Name | Terms | Invoice Date | Invoice Due Date | Total Due | Current | 1 - 30 | 30 + | 60 + | 90 + | 120 + |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10003 | RTC78474 | TUZZOLINO & TERPINAS | 30 Days | 10/5/2009 | 11/4/2009 | $75.00 | | | | | | $75.00 |
| 100054 | RTC78532 | LAVELLE LAW, LTD. | 30 Days | 10/26/2009 | 11/25/2009 | $225.00 | | | | | | $225.00 |
| 1000117 | RTC79368 | SCENARIO MORTAGE | Due on Receipt | 12/10/2009 | 12/20/2009 | $75.00 | | | | | | $75.00 |
| 1000138 | RTC79614 | FIRST SWITZERLAND FINANCIAL MORTGAGE BANKING | Due on Receipt | 12/30/2009 | 1/9/2010 | $150.00 | | | | | | $150.00 |
| 1000168 | RTC79583 | KENNETH M ELKINS, ESQ | Due on Receipt | 1/27/2010 | 2/6/2010 | $50.00 | | | | | | $50.00 |
| 1000214 | RTC79797 | NEIGHBORHOOD SERVICES | Due on Receipt | 1/28/2010 | 2/7/2010 | $100.00 | | | | | | $100.00 |
| 1000237 | RTC79900 | LAVELLE LAW, LTD. | Due on Receipt | 2/9/2010 | 2/19/2010 | $150.00 | | | | | | $150.00 |
| 1000248 | RTC79966 | LAVELLE LAW, LTD. | Due on Receipt | 2/12/2010 | 2/22/2010 | $250.00 | | | | | | $250.00 |
| 1000321 | RTC79970 | LAVELLE LAW, LTD. | Due on Receipt | 3/1/2010 | 3/11/2010 | $600.00 | | | | | | $600.00 |
| 1000337 | RTC80272 | TUZZOLINO & TERPINAS | Due on Receipt | 3/8/2010 | 3/18/2010 | $150.00 | | | | | | $150.00 |
| 1000344 | RTC80308 | TUZZOLINO & TERPINAS | Due on Receipt | 3/9/2010 | 3/19/2010 | $150.00 | | | | | | $150.00 |
| 1000352 | RTC80458 | WINTRUST MORTGAGE | 30 Days | 3/17/2010 | 4/16/2010 | $75.00 | | | | | | $75.00 |
| 1000386 | RTC80610 | FIRST SWITZERLAND FINANCIAL MORTGAGE BANKING | 30 Days | 4/2/2010 | 5/2/2010 | $75.00 | | | | | | $75.00 |
| 1000509 | RTC72537 | ANTHONY CAMPANALE & ASSOCIATES | Due on Receipt | 5/25/2010 | 6/4/2010 | $250.00 | | | | | | $250.00 |
| 1000563 | RTC81622 | GUARANTEED RATE, INC. | 30 Days | 6/21/2010 | 7/21/2010 | $75.00 | | | | | | $75.00 |
| 1000611 | RTC82153 | 1ST ADVANTAGE MORTGAGE D/B/A DRAPER AND KRAMER | 30 Days | 7/19/2010 | 8/18/2010 | $75.00 | | | | | | $75.00 |
| 1000650 | RTC82596 | GATEWAY FUNDING | Due on Receipt | 8/11/2010 | 8/21/2010 | $75.00 | | | | | | $75.00 |
| 1000692 | RTC83201 | GUARANTEED RATE, INC. | Due on Receipt | 9/7/2010 | 9/17/2010 | $75.00 | | | | | | $75.00 |
| 1000710 | RTC83369 | GUARANTEED RATE, INC. | Due on Receipt | 9/15/2010 | 9/25/2010 | $75.00 | | | | | | $75.00 |
| 1000867 | RTC73998 | LAVELLE LAW, LTD. | Due on Receipt | 2/2/2009 | 2/12/2009 | $100.00 | | | | | | $100.00 |
| 1000868 | RTC77807 | LAVELLE LAW, LTD. | Due on Receipt | 8/11/2009 | 8/21/2009 | $650.00 | | | | | | $650.00 |
| 1000958 | RTC83489 | FIDELITY NATIONAL TITLE COMPANY | Due on Receipt | 1/26/2011 | 2/5/2011 | $350.00 | | | | | | $350.00 |
| 1000959 | RTC83488 | FIDELITY NATIONAL TITLE COMPANY | Due on Receipt | 1/26/2011 | 2/5/2011 | $350.00 | | | | | | $350.00 |
| 1000960 | RTC83487 | FIDELITY NATIONAL TITLE COMPANY | Due on Receipt | 1/26/2011 | 2/5/2011 | $350.00 | | | | | | $350.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10001009 | RTC85539 | SCHOENBERG, FINKEL, NEWMAN & ROSENBERG, LLC | Due on Receipt | 2/24/2011 | 3/6/2011 | $950.00 | | | | | | $950.00 |
| 10001025 | RTC85627 | WATERSTONE MORTGAGE | Due on Receipt | 3/7/2011 | 3/17/2011 | $75.00 | | | | | | $75.00 |
| 10001026 | RTC85626 | WATERSTONE MORTGAGE | Due on Receipt | 3/7/2011 | 3/17/2011 | $75.00 | | | | | | $75.00 |
| 10001027 | RTC85625 | WATERSTONE MORTGAGE | Due on Receipt | 3/7/2011 | 3/17/2011 | $75.00 | | | | | | $75.00 |
| 10001028 | RTC85624 | WATERSTONE MORTGAGE | Due on Receipt | 3/7/2011 | 3/17/2011 | $75.00 | | | | | | $75.00 |
| 10001029 | RTC85623 | WATERSTONE MORTGAGE | Due on Receipt | 3/7/2011 | 3/17/2011 | $75.00 | | | | | | $75.00 |
| 10001147 | RTC | THE PRIVATEBANK AND TRUST | Due on Receipt | 5/9/2011 | 5/19/2011 | $56.00 | | | | | | $56.00 |
| 10001248 | RTC86516 | MORTGAGE LOAN SERVICING | Due on Receipt | 7/8/2011 | 7/18/2011 | $75.00 | | | | | | $75.00 |
| 10001263 | RTC | FIRST CHICAGO BANK AND TRUST | Due on Receipt | 7/20/2011 | 7/30/2011 | $96.00 | | | | | | $96.00 |
| 10001265 | RTC80235 | GOLDBERG KOHN LTD | Due on Receipt | 7/21/2011 | 7/31/2011 | $150.00 | | | | | | $150.00 |
| 10001353 | RTC86797 | THOMPSON COBURN LLP | Due on Receipt | 8/31/2011 | 9/10/2011 | $750.00 | | | | | | $750.00 |
| 10001422 | R104086 | POSINELLI SHUGHART | Due on Receipt | 10/18/2011 | 10/28/2011 | $250.00 | | | | | $250.00 | |
| 10001466 | RTC | THE PRIVATE BANK | Due on Receipt | 11/11/2011 | 11/21/2011 | $151.00 | | | | $151.00 | | |
| 10001469 | RTC55245 | NORTHSIDE COMMUNITY BANK | Due on Receipt | 11/14/2011 | 11/24/2011 | $350.00 | | | | $350.00 | | |
| 10001471 | RTC59221 | BRICKYARD BANK | Due on Receipt | 12/1/2011 | 12/11/2011 | $400.00 | | | | $400.00 | | |

Total: $8,153

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS (POST-PETITION)

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> A T & T Long Distance <br> P.O. Box 5017 <br> Carol Stream, IL 60197-5017 | | | | | | | 30,457.64 |
| ACCOUNT NO. <br> AFS/IBEX <br> P.O. Box 4729 <br> Carol Stream, IL 60197-4729 | | | | | | | 8,947.42 |
| ACCOUNT NO. <br> AOP Properties LLC <br> C/O Millenium Prof. Services <br> 3621 Old Buffalo Grove Rd. <br> Arlington Heights, IL 60004 | | | rent for Rolling Meadows | | | | 31,189.38 |
| ACCOUNT NO. <br> BP Amoco <br> P.O. Box 923928 <br> Norcross, GA 30010 | | | | | | | 1,230.07 |

____4____ continuation sheets attached

Subtotal (Total of this page) $ 71,824.51

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.
Case 11-52255    Doc 122    Filed 04/12/12    Entered 04/12/12 16:34:56    Desc Main
Document    Page 9 of 12
IN RE Republic
         Debtor(s)                                              Case No. 11-52255
                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Cintas Document Management <br> P.O. Box 633842 <br> Cincinnati, OH 45263 | | | | | | | 159.04 |
| ACCOUNT NO. <br> Com Ed <br> P.O. Box 611 <br> Carol Stream, IL 60197-6111 | | | | | | | 1,087.68 |
| ACCOUNT NO. 3534 <br> FedEx <br> P.O. Box 94515 <br> Palatine, IL 60094-4515 | | | Shipping services | | | | 1,446.84 |
| ACCOUNT NO. <br> Forum Square II Management LLC <br> 1113 S. Milwaukee Ave. <br> Suite 301 <br> Liberyville, IL 60048 | | | rent for Libertyville | | | | 4,945.50 |
| ACCOUNT NO. <br> Forward Management <br> 1095 Green Bay Rd. <br> Waukegan, IL 60085 | | | rent for Waukegan office | | | | 7,500.00 |
| ACCOUNT NO. <br> Hartord Insurance <br> P.O. Box 2907 <br> Hartford, CT 06104 | | | | | | | 12,793.32 |
| ACCOUNT NO. 5320 <br> Info Track Inc. <br> 111 Deerlake Rd. <br> Suite 105 <br> Deerfield, IL 60015 | | | Services | | | | 22.00 |

Sheet no. __1__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 27,954.38

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Medina Commercial Bldg.<br>4849 N. Milwaukee Ave.<br>Suite 302<br>Chicago, IL 60646 | | | rent for North Milwaukee Ave. Office | | | | 5,313.00 |
| ACCOUNT NO.<br>Nicor<br>P.O. Box 190<br>Aurora, IL 60507 | | | | | | | 1,844.18 |
| ACCOUNT NO.<br>OB I LLC<br>23751 Network Place<br>Chicago, IL 60673 | | | rent for OakBrook office | | | | 10,852.35 |
| ACCOUNT NO.<br>Peoples Gas<br>Chicago, IL 60687-0001 | | | | | | | 382.19 |
| ACCOUNT NO.<br>Pitney Bowes<br>500 Ross Street<br>Suite 574-0470<br>Pittsburgh, PA 15262-0001 | | | mailings | | | | 2,621.50 |
| ACCOUNT NO.<br>Property Insight | | | | | | | 712.00 |
| ACCOUNT NO.<br>Ricoh Americas Corp.<br>P.O. Box 74023<br>Atlanta, GA 30374-0423 | | | | | | | 10,925.32 |

Sheet no. __2__ of __4__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 32,650.54

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Republic _____ Case No. **11-52255**
                                         Debtor(s)                                                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Sue Pecora<br>202 E. Camp McDonald Rd.<br>Prospect Heights, IL 60070 | | | | | | | 270.00 |
| ACCOUNT NO.<br>TAMCO<br>4830 W. Kennedy Blvd.<br>Suite 360<br>Tamap, FL 33609 | | | | | | | 4,083.70 |
| ACCOUNT NO.<br>The Hearn Co.<br>100 N. LaSalle<br>Suite 2500<br>Chicago, IL 60602 | | | rent for Chicago Office | | | | 18,799.71 |
| ACCOUNT NO.<br>Ulsrom Land Searching<br>223 W. Madison<br>Ottawa, IL 61350 | | | services | | | | 25.00 |
| ACCOUNT NO. 1470<br>Vanguard Archives<br>420 South 37th Ave.<br>St. Charles, IL 60174 | | | storage | | | | 4,435.37 |
| ACCOUNT NO.<br>Veterans Messenger<br>2220 Arthur Ave.<br>Elk Grove Village, IL 60007 | | | | | | | 31.02 |
| ACCOUNT NO.<br>Wauconda Associates<br>176 Thomas Ct.<br>Wauconda, IL 60084 | | | title claim | X | X | X | unknown |

Sheet no. __3__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 27,644.80

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Wi-Fi Fairway LLC <br> P.O. Box 597875 <br> Chicago, IL 60659 | | | rent for Skokie office | | | | 4,278.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __4__ of __4__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 4,278.00

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 164,352.23