**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: REPUBLIC TITLE COMPANY § Case No. 11-52255-TAB
§
§
Debtor(s) §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 31, 2011. The undersigned trustee was appointed on March 13, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of       $          37,000.00

   Funds were disbursed in the following amounts:
   Payments made under an
   interim distribution                                         0.00
   Administrative expenses                                 10,070.58
   Bank service fees                                        1,135.78
   Other payments to creditors                                  0.00
   Non-estate funds paid to 3rd Parties                         0.00
   Exemptions paid to the debtor                                0.00
   Other payments to the debtor                                 0.00

   Leaving a balance on hand of [1]    $          25,793.64

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 09/23/2014 and the deadline for filing governmental claims was 09/23/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,450.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $4,450.00, for a total compensation of $4,450.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $26.91, for total expenses of $26.91.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/11/2015    By: /s/ALEX D. MOGLIA
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-52255-TAB  
**Case Name:** REPUBLIC TITLE COMPANY

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 03/13/12 (c)  
**§341(a) Meeting Date:** 04/17/12

**Period Ending:** 06/11/15

**Claims Bar Date:** 09/23/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Republic Title vs Picklin settlement | 32,000.00 | 32,000.00 | | 37,000.00 | FA |
| 2 | American Chartered Bank xxx5719 (underwriters es<br>Imported from original petition Doc# 14 | 41,677.00 | 41,677.00 | | 0.00 | FA |
| 3 | American Chartered Bank xxxx5647 (escrow account<br>Imported from original petition Doc# 14 | 233,454.34 | 233,454.34 | | 0.00 | FA |
| 4 | American Chartered bank xxxx5655 (operating acco<br>Imported from original petition Doc# 14 | 54,299.00 | 54,299.00 | | 0.00 | FA |
| 5 | American Chartered Bank xxxx5663 (payroll accoun<br>Imported from original petition Doc# 14 | 107,896.00 | 107,896.00 | | 0.00 | FA |
| 6 | American Chartered Bank xxxx5671 (recording acco<br>Imported from original petition Doc# 14 | 100,974.00 | 100,974.00 | | 0.00 | FA |
| 7 | American Chartered Bank xxxx5698 (Closing Protec<br>Imported from original petition Doc# 14 | 82,000.00 | 82,000.00 | | 0.00 | FA |
| 8 | American Chartered Bank xxxx5700 (recording serv<br>Imported from original petition Doc# 14 | 7,900.00 | 7,900.00 | | 0.00 | FA |
| 9 | American Chartered Bank xxxx5727 (account for Co<br>Imported from original petition Doc# 14 | 14.00 | 14.00 | | 0.00 | FA |
| 10 | Security deposit for LaSalle Street (Chicago) Of<br>Imported from original petition Doc# 14 | 1,116.25 | 1,116.25 | | 0.00 | FA |
| 11 | Security deposit for Libertyville Office<br>Imported from original petition Doc# 14 | 3,407.75 | 3,407.75 | | 0.00 | FA |
| 12 | Security Deposit for Milwaukee Ave. office<br>Imported from original petition Doc# 14 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Security deposit for Oak Brook Office<br>Imported from original petition Doc# 14 | 1,718.22 | 1,718.22 | | 0.00 | FA |
| 14 | Security Deposit for Skokie office<br>Imported from original petition Doc# 14 | 2,852.00 | 2,852.00 | | 0.00 | FA |
| 15 | Lawsuit pending in Circuit Court of Cook County<br>Imported from original petition Doc# 14  (See<br>Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Disposed files held in storage<br>Imported from original petition Doc# 14 | 0.00 | 0.00 | OA | 0.00 | FA |

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-52255-TAB  
**Case Name:** REPUBLIC TITLE COMPANY

**Trustee:** (330260)  ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 03/13/12 (c)  
**§341(a) Meeting Date:** 04/17/12

**Period Ending:** 06/11/15

**Claims Bar Date:** 09/23/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | 2003 Toyota Corolla with 300,000 miles<br>Imported from original petition Doc# 14 | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 18 | See attached list Exhibt A of miscellaneous furn<br>Imported from original petition Doc# 14 | 35,000.00 | 35,000.00 | OA | 0.00 | FA |
| 19 | American Chartered Bank xxxx5639 (escrow account (u) | 519,205.23 | 519,205.23 | | 0.00 | FA |
| 20 | American Chartered Bank xxxx6410 (escrow account (u) | 155,067.57 | 155,067.57 | | 0.00 | FA |
| 20 | **Assets**   **Totals** (Excluding unknown values) | **$1,380,081.36** | **$1,380,081.36** | | **$37,000.00** | **$0.00** |

RE PROP# 15     DUPLICATE OF ASSET #1

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     October 31, 2014     **Current Projected Date Of Final Report (TFR):**     October 31, 2014

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-52255-TAB | | Trustee: | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| Case Name: | REPUBLIC TITLE COMPANY | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******02-66 - Checking Account |
| Taxpayer ID #: | **-***9283 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/11/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/17/12 | {1} | ISBA Mutual Insurance Company | Litigation Settlement Republic vs Picklin | 1141-000 | 32,000.00 | | 32,000.00 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033026088 20121220 | 9999-000 | | 32,000.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 32,000.00 | 32,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 32,000.00 | |
| | | | **Subtotal** | | 32,000.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$32,000.00** | **$0.00** | |

{} Asset reference(s)

Printed: 06/11/2015 03:30 PM    V.13.23

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-52255-TAB  
**Case Name:** REPUBLIC TITLE COMPANY  

**Taxpayer ID #:** **-***9283  
**Period Ending:** 06/11/15  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 32,000.00 | | 32,000.00 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.30 | 31,984.70 |
| 01/21/13 | 10101 | Vanguard Archives, LLC | Court order allowing settlement payment | 2990-000 | | 10,000.00 | 21,984.70 |
| 01/23/13 | 10102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/23/2013 FOR CASE #11-52255 | 2300-000 | | 2.95 | 21,981.75 |
| 01/25/13 | {1} | Konick & Dillon PC | Jeffrey Picklin's portion of settlement | 1141-000 | 5,000.00 | | 26,981.75 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.43 | 26,933.32 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.15 | 26,897.17 |
| 03/21/13 | 10103 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/21/2013 FOR CASE #11-52255 | 2300-000 | | 30.48 | 26,866.69 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.39 | 26,829.30 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.16 | 26,788.14 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.81 | 26,748.33 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.90 | 26,712.43 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.26 | 26,670.17 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.36 | 26,631.81 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.02 | 26,594.79 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.07 | 26,552.72 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.64 | 26,517.08 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.95 | 26,475.13 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.34 | 26,435.79 |
| 02/28/14 | 10104 | INTERNATIONAL SURETIES, LTD. | Blanket bond # 016026455 payment for 2/1/14 -2/1/15 | 2300-000 | | 21.17 | 26,414.62 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.48 | 26,379.14 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.68 | 26,342.46 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.41 | 26,302.05 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.83 | 26,264.22 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.51 | 26,227.71 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.49 | 26,186.22 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.40 | 26,149.82 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.11 | 26,109.71 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.80 | 26,070.91 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.74 | 26,037.17 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.44 | 25,994.73 |

Subtotals :    $37,000.00    $11,005.27

{} Asset reference(s)                                                           Printed: 06/11/2015 03:30 PM    V.13.23

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 11-52255-TAB  
**Case Name:** REPUBLIC TITLE COMPANY  

**Taxpayer ID #:** **-***9283  
**Period Ending:** 06/11/15

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5566 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.38 | 25,957.35 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.84 | 25,922.51 |
| 03/30/15 | 10105 | Adams Levine Surety Bond Agency | Blanket bond # 10BSBGR6291 - Feb. 1, 2015 - Feb. 1, 2016 | 2300-000 | | 15.98 | 25,906.53 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.76 | 25,866.77 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.22 | 25,829.55 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.91 | 25,793.64 |
| | | | **ACCOUNT TOTALS** | | 37,000.00 | 11,206.36 | **$25,793.64** |
| | | | Less: Bank Transfers | | 32,000.00 | 0.00 | |
| | | | **Subtotal** | | 5,000.00 | 11,206.36 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.00** | **$11,206.36** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******02-66** | 32,000.00 | 0.00 | 0.00 |
| **Checking # ******5566** | 5,000.00 | 11,206.36 | 25,793.64 |
| | **$37,000.00** | **$11,206.36** | **$25,793.64** |

{} Asset reference(s)

# Claims Register

## Case: 11-52255-TAB   REPUBLIC TITLE COMPANY

Claims Bar Date:  09/23/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | ALEX D. MOGLIA<br>1325 REMINGTON RD.STE. H<br>SCHAUMBURG, IL 60173<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>12/31/11 |  | $4,450.00<br>$4,450.00 | $0.00 | $4,450.00 |
|  | SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC<br>WHEATON EXECUTIVE CENTER<br>400 S. COUNTY FARM ROAD - SUITE 330<br>WHEATON, IL 60187<br><3210-00  Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>03/13/12 |  | $10,317.50<br>$10,317.50 | $0.00 | $10,317.50 |
|  | SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC<br>WHEATON EXECUTIVE CENTER<br>400 S. COUNTY FARM ROAD - SUITE 330<br>WHEATON, IL 60187<br><3220-00  Attorney for Trustee Expenses (Other Firm)>, 200 | Admin Ch. 7<br>03/13/12 |  | $291.10<br>$291.10 | $0.00 | $291.10 |
|  | ALEX D. MOGLIA<br>1325 REMINGTON RD.STE. H<br>SCHAUMBURG, IL 60173<br><2200-00  Trustee Expenses>, 200 | Admin Ch. 7<br>12/31/11 |  | $26.91<br>$26.91 | $0.00 | $26.91 |
|  | POPOWCER KATTEN, LTD<br>35 E. WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601-2207<br><3410-00  Accountant for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>03/13/12 |  | $1,850.00<br>$1,850.00 | $0.00 | $1,850.00 |
| 1S | Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street<br>MAC F4031-050<br>Des Moines, IA 50309<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>01/04/12 | SECURED BY TELEPHONE SYSTEM, NO PROCEEDS OF WHICH WERE ADMINISTERED BY THE ESTATE. | $2,481.00<br>$0.00 | $0.00 | $0.00 |
| 1U | Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street<br>MAC F4031-050<br>Des Moines, IA 50309<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/04/12 |  | $3,722.03<br>$3,722.03 | $0.00 | $3,722.03 |
| 2 | Commonwealth Edison Company<br>3 Lincoln Centre<br>Attn: Bankrutpcy Dep.<br>Oakbrook Terrace, IL 60181<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/10/12 |  | $1,715.26<br>$1,715.26 | $0.00 | $1,715.26 |

# Claims Register

### Case: 11-52255-TAB    REPUBLIC TITLE COMPANY

Claims Bar Date:  09/23/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | Ricoh Americas Corporation<br>3920 Arkwright Rd Ste 400<br><br>Macon, GA 31210<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/27/12 | ----------<br>04/16/2012 03:32:09 PM Schedule F Amount $2,400.00 imported by GARY<br>Schedule F Owner Type: | $2,338.69<br>$2,338.69 | $0.00 | $2,338.69 |
| 4 | % AT&T Services, Inc<br>James Grudus, Esq.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/05/12 | | $6,795.71<br>$6,795.71 | $0.00 | $6,795.71 |
| 5 | General Electric Capital Corporation<br>c/o Aaron B. Chapin, Reed Smith LLP<br>10 S. Wacker Dr. 40th Floor<br>Chicago, IL 60606<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/08/12 | | $76,778.56<br>$76,778.56 | $0.00 | $76,778.56 |
| 6 -2 | Department of Treasury Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/20/12 | | $97,509.93<br>$97,509.93 | $0.00 | $97,509.93 |
| 7 | FedEx Tech Connect Inc as Assignee of FedEx Express/Ground/Freight<br>3965 Airways Blvd, Module G, 3rd Floor<br>Memphis, TN 38116<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/20/12 | | $5,803.81<br>$5,803.81 | $0.00 | $5,803.81 |
| 8 | Office ot the U.S. Trustee<br>(ADMINISTRATIVE)<br>219 S. Dearborn<br>Room 873<br>Chicago, IL 60604<br><2950-00   U.S. Trustee Quarterly Fees>,  200 | Admin Ch. 7<br>04/20/12 | US TRUSTEE OFFICE INDICATES THIS CLAIM HAS BEEN PAID IN FULL - C. MILLER EMAIL DATED 6-10-2015. | $325.00<br>$0.00 | $0.00 | $0.00 |
| 9 | Chicago Title U/T/N 8002356953<br>132 E. Delaware Place<br>Unit 6602<br>Chicago, IL 60611<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/02/12 | | $1,040.50<br>$1,040.50 | $0.00 | $1,040.50 |

# Claims Register

### Case: 11-52255-TAB    REPUBLIC TITLE COMPANY

Claims Bar Date: 09/23/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10 | Chicago Land Trust Company u/t/No.1107798 c/o PO Box 145 Lake Zurich, IL 60047-0145 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 05/20/12 | | $191,339.68 $191,339.68 | $0.00 | $191,339.68 |
| 11 | Grange Mutual Casual Company c/o Attorney Mark J. McClenathan HEYL ROYSTER VOELKER & ALLEN,PO Box 1288 Rockford, IL 61105 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 07/09/12 | | $332,613.61 $332,613.61 | $0.00 | $332,613.61 |
| 12 | The Hearn Co. 100 N. LaSalle Suite 2500 Chicago, IL 60602 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 08/02/12 | | $19,100.78 $19,100.78 | $0.00 | $19,100.78 |
| 13 | Weiss Properties, Inc as Agent for Landlord Wi-Fi Fairway, LLC c/o Law Offices of Ira Piltz,8170 McCorm Skokie, IL 60076 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 11/16/12 | | $8,698.60 $8,698.60 | $0.00 | $8,698.60 |
| 14 | Nicor Gas po box 549 Aurora, IL 60507 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 08/19/14 | | $625.84 $625.84 | $0.00 | $625.84 |
| 15 | Sugar Felsenthal Grais & Hammer LLP successor to Sugar & Felsenthal LLP, Chicago,    60602 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 08/26/14 | | $5,457.40 $5,457.40 | $0.00 | $5,457.40 |
| 16 | AT&T CORP % AT&T Services, Inc.,Karen Cavagnaro, Esq.,One AT&T Way, Suite 3A104 Bedminster, NJ 07921 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 09/02/14 | | $13,047.11 $13,047.11 | $0.00 | $13,047.11 |
| 17 | AT&T Long Distance, LLC % AT&T Services, Inc.,Karen Cavagnaro, Esq.,One AT&T Way, Suite 3A104 Bedminster, NJ 07921 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 09/02/14 | | $305.71 $305.71 | $0.00 | $305.71 |

# Claims Register

## Case: 11-52255-TAB   REPUBLIC TITLE COMPANY

Claims Bar Date:  09/23/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 18 | Illinois Bell Telephone Company<br>% AT&T Services, Inc.,Karen Cavagnaro,<br>Esq.,One AT&T Way, Suite 3A104<br>Bedminster, NJ 07921<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/03/14 | | $64,324.02<br>$64,324.02 | $0.00 | $64,324.02 |
| 19 -2 | Fidelity National Title Insurance Company<br>Maria A. Diakoumakis,Dykema Gossett,10<br>S. Wacker Drive, Suite 2300<br>Chicago, IL 60606<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/18/14 | | $301,480.61<br>$301,480.61 | $0.00 | $301,480.61 |
| 20 | Commonwealth Land Title Insurance Company<br>Maria A. Diakoumakis,Dykema Gossett,10<br>S. Wacker Drive, Suite 2300<br>Chicago, IL 60606<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/22/14 | | $113,107.69<br>$113,107.69 | $0.00 | $113,107.69 |
| 21 | Zones, Inc.<br>1102 15th St. SW<br>Auburn, WA 98001<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/22/14 | | $3,688.89<br>$3,688.89 | $0.00 | $3,688.89 |
| 22P | OB I LLC<br>c/o John D. Silk,Rothschild, Barry & Myers LLP,150 S. Wacker Drive, Suite 302<br>Chicago, IL 60606<br><5200-00   Unsecured Claims Allowed>,  505 | Priority<br>09/23/14 | Post-petition, pre-rejection rent claim | $14,469.80<br>$14,469.80 | $0.00 | $14,469.80 |
| 22U | OB I LLC<br>c/o John D. Silk,Rothschild, Barry & Myers LLP,150 S. Wacker Drive, Suite 302<br>Chicago, IL 60606<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/23/14 | | $33,939.60<br>$33,939.60 | $0.00 | $33,939.60 |
| | | | **Case Total:** | | **$0.00** | **$1,314,839.34** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-52255-TAB
Case Name: REPUBLIC TITLE COMPANY
Trustee Name: ALEX D. MOGLIA

**Balance on hand:** $ 25,793.64

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 25,793.64

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ALEX D. MOGLIA | 4,450.00 | 0.00 | 4,450.00 |
| Trustee, Expenses - ALEX D. MOGLIA | 26.91 | 0.00 | 26.91 |
| Attorney for Trustee, Fees - SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | 10,317.50 | 0.00 | 10,317.50 |
| Attorney for Trustee, Expenses - SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | 291.10 | 0.00 | 291.10 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD | 1,850.00 | 0.00 | 1,850.00 |

Total to be paid for chapter 7 administration expenses: $ 16,935.51
Remaining balance: $ 8,858.13

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 8,858.13

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $14,469.80 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 22P | OB I LLC | 14,469.80 | 0.00 | 8,858.13 |
| | Total to be paid for priority claims: | | $ | 8,858.13 |
| | Remaining balance: | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,283,434.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Wells Fargo Financial Leasing, Inc. | 3,722.03 | 0.00 | 0.00 |
| 2 | Commonwealth Edison Company | 1,715.26 | 0.00 | 0.00 |
| 3 | Ricoh Americas Corporation | 2,338.69 | 0.00 | 0.00 |
| 4 | % AT&T Services, Inc | 6,795.71 | 0.00 | 0.00 |
| 5 | General Electric Capital Corporation | 76,778.56 | 0.00 | 0.00 |
| 6 -2 | Department of Treasury Internal Revenue Service | 97,509.93 | 0.00 | 0.00 |
| 7 | FedEx Tech Connect Inc as Assignee | 5,803.81 | 0.00 | 0.00 |
| 9 | Chicago Title U/T/N 8002356953 | 1,040.50 | 0.00 | 0.00 |
| 10 | Chicago Land Trust Company u/t/No.1107798 c/o | 191,339.68 | 0.00 | 0.00 |
| 11 | Grange Mutual Casual Company | 332,613.61 | 0.00 | 0.00 |
| 12 | The Hearn Co. | 19,100.78 | 0.00 | 0.00 |
| 13 | Weiss Properties, Inc | 8,698.60 | 0.00 | 0.00 |
| 14 | Nicor Gas | 625.84 | 0.00 | 0.00 |
| 15 | Sugar Felsenthal Grais & Hammer LLP | 5,457.40 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 16 | AT&T CORP | 13,047.11 | 0.00 | 0.00 |
| 17 | AT&T Long Distance, LLC | 305.71 | 0.00 | 0.00 |
| 18 | Illinois Bell Telephone Company | 64,324.02 | 0.00 | 0.00 |
| 19 -2 | Fidelity National Title Insurance Company | 301,480.61 | 0.00 | 0.00 |
| 20 | Commonwealth Land Title Insurance Company | 113,107.69 | 0.00 | 0.00 |
| 21 | Zones, Inc. | 3,688.89 | 0.00 | 0.00 |
| 22U | OB I LLC | 33,939.60 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**