**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: REPUBLIC TITLE COMPANY | § | Case No. 11-52255-TAB |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that ALEX D. MOGLIA , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  219 S. Dearborn Street, Room 873
  Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 07/14/2015 in Courtroom 613, United States Courthouse,
219 S. Dearborn Street
Chicago, IL  60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  06/16/2015           By:  /s/ ALEX D. MOGLIA
                                                                                                                          Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL  60173
(847) 884-8282

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: REPUBLIC TITLE COMPANY | § | Case No. 11-52255-TAB |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 37,000.00 |
| *and approved disbursements of* | $ 11,206.36 |
| *leaving a balance on hand of* [1] | $ 25,793.64 |
| **Balance on hand:** | $ 25,793.64 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 25,793.64 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ALEX D. MOGLIA | 4,450.00 | 0.00 | 4,450.00 |
| Trustee, Expenses - ALEX D. MOGLIA | 26.91 | 0.00 | 26.91 |
| Attorney for Trustee, Fees - SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | 10,317.50 | 0.00 | 10,317.50 |
| Attorney for Trustee, Expenses - SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | 291.10 | 0.00 | 291.10 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD | 1,850.00 | 0.00 | 1,850.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 16,935.51 |
| Remaining balance: | $ 8,858.13 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $         0.00
Remaining balance:                                         $     8,858.13

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $14,469.80 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 22P | OB I LLC | 14,469.80 | 0.00 | 8,858.13 |

Total to be paid for priority claims:  $     8,858.13
Remaining balance:                    $         0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,283,434.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Wells Fargo Financial Leasing, Inc. | 3,722.03 | 0.00 | 0.00 |
| 2 | Commonwealth Edison Company | 1,715.26 | 0.00 | 0.00 |
| 3 | Ricoh Americas Corporation | 2,338.69 | 0.00 | 0.00 |
| 4 | % AT&T Services, Inc | 6,795.71 | 0.00 | 0.00 |
| 5 | General Electric Capital Corporation | 76,778.56 | 0.00 | 0.00 |
| 6 -2 | Department of Treasury Internal Revenue Service | 97,509.93 | 0.00 | 0.00 |
| 7 | FedEx Tech Connect Inc as Assignee | 5,803.81 | 0.00 | 0.00 |
| 9 | Chicago Title U/T/N 8002356953 | 1,040.50 | 0.00 | 0.00 |
| 10 | Chicago Land Trust Company u/t/No.1107798 c/o | 191,339.68 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 11 | Grange Mutual Casual Company | 532,613.61 | 0.00 | 0.00 |
| 12 | The Hearn Co. | 19,100.78 | 0.00 | 0.00 |
| 13 | Weiss Properties, Inc | 8,698.60 | 0.00 | 0.00 |
| 14 | Nicor Gas | 625.84 | 0.00 | 0.00 |
| 15 | Sugar Felsenthal Grais & Hammer LLP | 5,457.40 | 0.00 | 0.00 |
| 16 | AT&T CORP | 13,047.11 | 0.00 | 0.00 |
| 17 | AT&T Long Distance, LLC | 305.71 | 0.00 | 0.00 |
| 18 | Illinois Bell Telephone Company | 64,324.02 | 0.00 | 0.00 |
| 19 -2 | Fidelity National Title Insurance Company | 301,480.61 | 0.00 | 0.00 |
| 20 | Commonwealth Land Title Insurance Company | 113,107.69 | 0.00 | 0.00 |
| 21 | Zones, Inc. | 3,688.89 | 0.00 | 0.00 |
| 22U | OB I LLC | 33,939.60 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:    $    0.00
Remaining balance:    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:    $    0.00
Remaining balance:    $    0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ALEX D. MOGLIA
Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL  60173
(847) 884-8282

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-52255-TAB
Republic Title Company                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: adragonet          Page 1 of 4          Date Rcvd: Jun 18, 2015
                              Form ID: pdf006          Total Noticed: 155

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2015.
```
db               #+Republic Title Company,    1941 Rohlwing Rd.,    Rolling Meadows, IL 60008-1338
18323329          A T & T Long Distance,    P.O. Box 5017,    Carol Stream, IL   60197-5017
18690805          AFS/IBEX,    P.O. Box 4729,    Carol Stream, IL 60197-4729
18690806         +AOP Properties LLC,    C/O Millenium Prof. Services,    3621 Old Buffalo Grove Rd.,
                   Arlington Heights, IL 60004-1729
18323330         +Adnan Ayyad,    4004 Center Ave.,    Lyons, IL 60534-1316
18323331         +Amcore Bank c/o Scott Kenig,    455 North Cityfront Plaza Drive,    Suite 2510,
                   Chicago, IL 60611-5323
18323332         +Ameriquest Mortgage,    C/O Bernard LeSage,    1000 Wilsher Blvd. Suite 1500,
                   Los Angeles, CA 90017-1730
18323333         +Angel Avalos Jr. and Iliana Angel,    5042 S. Knox,    Chicago, IL 60632-4943
18323334         +Angela Rojas,    200 N. Jefferson,    Suite 501,    Chicago, IL 60661-1199
18323335         +Audey Yohann,    1440 North Sheridan Rd.,    Unit 306,    Wilmette, IL 60091-1856
18323336         +Audrey and Andrew Seger,    2010 N. Leavitt St.,    Skokie, IL 60647-4454
18690807         +BP Amoco,    P.O. Box 923928,    Norcross, GA 30010-3928
18323339         +Bank United,    7815 N.W. 148th St.,    Miami Lakes, FL 33016-1554
18323337         +Bank of America,    1201 Main St.,    7th Floor,    Dallas, TX 75202-3922
18323340         +Brendan Heneghan,    1514 S. AVers,    Chicago, IL 60623-2081
18323345        ++CINTAS DOCUMENT MANAGEMENT,    10801 KEMPWOOD DR STE 4,    HOUSTON TX 77043-1414
                   (address filed with court: Cintas Document Management,    P.O. Box 633842,
                   Cincinnati, OH   45263)
18323341         +Carol Levy,    1829 Dobson,    Evanston, IL 60202-3725
18323342         +Chicago Dept.Of REvenue,    333 S. State St.,    Suite 300,    Chicago, IL 60604-3982
18932480          Chicago Land Trust Company u/t/No.1107798      c/o,    PO Box 145,    Lake Zurich, IL 60047-0145
18323343         +Chicago Title Land Trust Co.,    111 E Wacker Drive Ste 2800,    Chicago, IL 60601-4277
18323344         +Chicago Title U/T/N 8002356953,    132 E. Delaware Place,    Unit 6602,    Chicago, IL 60611-4959
18323346         +Citi Mortgage Inc.,    1101 W. 31st Dt.,    Suite 110,    Downers Grove, IL  60515
18323347         +Codilis and Associates,    15W030 North Frontage Rd.,    Suite 100,    Burr Ridge, IL 60527-6921
18323348         +Com Ed,    P.O. Box 611,    Carol Stream, IL 60132-0611
18323351         +Commonwealth Land Title,    Jacksonville Claims Center,    601 Riverside Ave.Bldg 5 4th Flr,
                   Jacksonville, FL 32204-2945
18323349         +Commonwealth Land Title,    6601 Frances Street,    Omaha, NE 68106-2283
18323350         +Commonwealth Land Title,    11602 West Center Rd.,    Suite 300,    Omaha, NE 68144-4442
22431845         +Commonwealth Land Title Insurance Company,    Maria A. Diakoumakis,    Dykema Gossett,
                   10 S. Wacker Drive, Suite 2300,    Chicago, IL 60606-7439
18323352         +Countrywide Home Loans,    7105 Corporate Drive,    Mail Stop: TX2-981-02-01,
                   Plano, TX 75024-4100
18323353         +Dana Smith,    2733 N. Lincoln,    Unit D,    Chicago, IL 60614-1390
18323354         +Daniel Partners LLC,    8146 Floral Ave.,    Skokie, IL 60077-2401
18323355         +Dansong Wang,    556 Green Bay Rd.,    Glencoe, IL 60022-1625
18323356         +Deutsche Bank National Trust,    Trustee For AHM Inv. Trust 2005-2,    60 Wall Street,
                   New York, NY 10005-2836
18323357        #+Diamond Bank FSB,    1051 Perimeter Drive,    Schaumburg, IL 60173-5009
18323358          Directional Managing Co.,    C/O Michael Aufrecht,    612 Lemai,    Lincolnwood, IL   60712
18323359         +Dykema Gossett,    10 S. Wacker,    Suite 2300,    Chicago, IL 60606-7439
18323360         +Edgebrook Bank,    6000 W. Touhy,    Chicago, IL 60646-1277
18323361         +Edward and Patricia Feldheim,    4953 W. Oakton,    Unit 509,    Skokie, IL 60077-2999
18323362         +Eurest Services,    13028 Collection Center Drive,    Chicago, IL 60693-0130
18323366          FedEx,    P.O. Box 94515,    Palatine, IL  60094-4515
18654063         +FedEx Tech Connect Inc as Assignee,    of FedEx Express/Ground/Freight,
                   3965 Airways Blvd, Module G, 3rd Floor,    Memphis, Tennessee 38116-5017
18323365         +Federal Deposit Insurance Company,    1601 N. Bryan Street,    Dallas, TX 75201-4586
18323364         +Federal Deposit Insurance Company,    C/O United States Attorney,    219 South Dearborn Suite 500,
                   Chicago, IL 60604-2029
18323368         +Fidelity National Title Insurance Co.,    601 S. Riverside,    Bldg 5,
                   Jacksonville, FL 32204-2945
18323367         +Fidelity National Title Insurance Co.,    C/O Jeremy Damitio,    20 South Clark Suite 1510,
                   Chicago, IL 60603-1824
22405030         +Fidelity National Title Insurance Company,    Maria A. Diakoumakis,    Dykema Gossett,
                   10 S. Wacker Drive, Suite 2300,    Chicago, IL 60606-7439
18323369         +First Bank of Highland Park,    633 Skokie Bvd.,    Suite 320,    Northbrook, IL 60062-2825
18323370          First Choice Coffee Services,    3535 Commercial Ave.,    Northbrook, IL  60062-1848
18323371          First Franklin,    2150 North First Streeet,    San Jose, CA  95131
18323373         +Fisher and Shapiro,    4201 North Lake Cook Rd.,    Northbrook, IL 60062-1060
18323374          Flood Enterprises, Inc.,    951 S. Benton,    Palatine, IL  60067
18690808         +Forum Square II Management LLC,    1113 S. Milwaukee Ave.,    Suite 301,
                   Liberyville, IL 60048-3777
18690809         +Forward Management,    1095 Green Bay Rd.,    Waukegan, IL 60085-2244
18323375         +Frain Camins & Swartchild Mgmt Co.,    100 North LaSalle Street,    Suite 814,
                   Chicago, IL 60602-2448
18323376         +Gary and Connie Henry,    1111 Merrill,    Winnetka, IL 60093-1723
18593713         +General Electric Capital Corporation,    c/o Aaron B. Chapin, Reed Smith LLP,
                   10 S. Wacker Dr. 40th Floor,    Chicago, IL 60606-7506
18323377         +Gilbert and Carolyn Zoghlin,    2260 Bracken Lane,    Northfield, IL 60093-2903
```

```
District/off: 0752-1          User: adragonet             Page 2 of 4                   Date Rcvd: Jun 18, 2015
                              Form ID: pdf006             Total Noticed: 155

18323378       +Grange Mutual,    671 S. High St.,    Columbus, OH 43206-1049
19127045       +Grange Mutual Casual Company,    c/o Attorney Mark J. McClenathan,
                 HEYL ROYSTER VOELKER & ALLEN,    PO Box 1288,    Rockford, IL 61105-1288
18690810       +Hartord Insurance,    P.O. Box 2907,    Hartford, CT 06104-2907
18323379       +Howard Fisher And Susan Holleb-Fisher,     2315 McCormick Blvd.,    Evanston, IL 60201-3004
18323380       +Indy Mac Bank FSB,    901 E. 104th St.,    Kansas City, MO 64131-4517
18323381       +Info Track Inc.,    111 Deerlake Rd.,    Suite 105,    Deerfield, IL 60015-4986
18323390       +JL3 Industries LLC,    C/O Donald Fitzgibbons,    313 E. Liberty St.,    Wauconda, IL 60084-1960
18323393       +JP Morgan Chase,    P.O. Box 8000,    Monroe, LA 71211-8000
18323383       +James Smith,    Bock And Hatch LLC,    134 N. LaSalle Suite 1000,    Chicago, IL 60602-1233
18323382       +James and Irene Gillespie,    1615 N. Mitchell,    Arlington Heights, IL 60004-3734
18323384       +Jason Wilson,    2746 Highland Ave.,    Berwyn, IL 60402-2718
18323385       +Javier and Judy Malodonado,    1981 Madison,    Gurnee, IL 60031-6099
18323386       +Jeanne Miller And Nicholas Johnson,     4123-A West Shamrock Lane,    McHenry, IL 60050-8245
18323387       +Jeff Picklin,    1201 Terrace Ct.,    Glencoe, IL 60022-1240
18323388       +Jefferson Fulton Co.,    218 N. Jefferson,    Suite 400,    Chicago, IL 60661-1306
18323389       +Jill Lake,    2511 Queens Way,    Northbrook, IL 60062-6542
18323391       +Joe And Maggies Corp.,    23449 N. Summit Dr.,    Barrington, IL 60010-1841
18323392       +Joseph and Alexis Chekouras,    2654 Mari Oak Drive,    Highlamd Park, IL 60035-1318
18323394       +Junior Mendez and Griselda Corona,     479 N. Adams,    Kankakee, IL 60901-2305
18323395       +Keri Callahan,    1910 South Indiana Ave.,    Unit 319,    Chicago, IL 60616-1577
18323396       +Kirk Denz And Cindy Denz,    34444 N. Converse,    Ingleside, IL 60041-9260
18323397       +Libertyville Bank and Trust,    507 N. Milwaukee Ave.,    Libertyville, IL 60048-2000
18323398       +Lori Diney,    4149 N. Milwaukee Ave.,    Chicago, IL 60641-1661
18323399       +Lucas Thomas,    925 S. Dunton,    Arlington Heights, IL 60005-2549
18323405       +MB Financial Bank,    6111 N. River Rd.,    Suite 800,    Rosemont, IL 60018-5111
18323400       +Madison Developers Inc.,    1101 N. Milwaukee Suite 400,    Chicago, IL 60642
18323401       +Maghsood Abbaszadeh,    1817 N. Fremont,    Chicago, IL 60614-6977
18323402      #+Maria and Augustyn Drelich,    4248 W. 77th St.,    Unit 104,    Chicago, IL 60652-1373
18323403       +Mark Klingler Borsody,    1297 Hedgrow Drive,    Grayslake, IL 60030-3546
18323404       +Marquette Bank,    10000 W. 151st St.,    Orland Park, IL 60462-3140
18690811       +Medina Commercial Bldg.,    4849 N. Milwaukee Ave.,    Suite 302,    Chicago, IL 60630-2171
18323407       +Mega Properties, Inc.,    4849 N.Milwaukee Ave.,    Suite 302,    Chicago, IL 60630-2171
18323408       +Michael And Nicole Harasym,    107 Samoset Lane,    Schaumburg, IL 60193-1436
18323409       +Michael Cohen,    885 N. Happ,    Northfield, IL 60093-1004
18323411       +Much Shelist,    191 N. Wacker,    Suite 1800,    Chicago, IL 60606-1631
18323412       +National Spiritual Assembly of the Bahai,     1233 Central St.,    Evanston, IL 60201-1611
18323413       +Neerag Sahgal,    106 N. Aberdeen St.,    Unit 5f,    Chicago, IL 60607-2150
18323414       +Neil and Amy Coleman,    1910 N. Clark,    Chicago, IL 60614-5402
18323415       +Netrix,    2801 Lakeside Drive,    3rd Floor,    Bannockburn, IL 60015-1275
18323416       +North Community Bank,    3639 N. Broadway,    Chicago, IL 60613-4489
18690813       +OB I LLC,    23751 Network Place,    Chicago, IL 60673-1237
18323417       +OB I LLC,    C/O Fulcrum Operating Co. LLC,    8725 W. Higgins Rd. Suite 805,
                 Chicago, IL 60631-2769
22436052       +OB I LLC,    c/o John D. Silk,    Rothschild, Barry & Myers LLP,
                 150 S. Wacker Drive, Suite 3025,    Chicago, Illinois 60606-4234
18805151       +Office ot the U.S. Trustee,    219 S. Dearborn,    Room 873,    Chicago,  IL 60604-2027
18323418       +Olga Shapiro,    9445 North Kenton,    Unit 408,    Skokie, IL 60076-1377
18323426       +PNA Bank,    817 Ogden Lane,    Lisle, IL 60532-0700
18323420       +Paul Del Busto and Cynthia Tellez,     1912 N. Clark,    Chicago, IL 60614-5402
18323421        Peoples Gas,    Chicago, IL 60687-0001
18323422       +Pierce and Associates,    1 North Dearborn,    Suite 1300,    Chicago, IL 60602-4373
18323423        Piero Orsi,    6445 W. Grand,    Suite 205,    Gurnee, IL  60031
18323424       +Piero Orsi,    5445 W. Grand Ave.,    Suite 205,    Gurnee, IL 60031-1725
18323425        Pitney Bowes,    500 Ross Street,    Suite 574-0470,    Pittsburgh, PA 15262-0001
18323429       +RESCAP Mortgagor,    US Bancorp Center,    800 Nicolett Mall,    Minneapolis, MN 55402-2511
18323427       +Raj Kuppuswami,    480 N. McClurg Ct.,    Unit 1004,    Chicago, IL 60611-4334
18323428       +Rerdik Sarderova,    9448 N. Oak Ave.,    Des Plaines, IL 60016-3906
18323430       +Rico Dungca and Elizabeth Dungca,     9588 Terrace Place,    Unit 1E,    Des Plaines, IL 60016-3979
18323431        Ricoh Americas Corp.,    P.O. Box 74023,    Atlanta, GA  30374-0423
18323432       +Ricoh Americas Corporation,    3920 Arkwright Rd Ste 400,    Macon, Georgia 31210-1748
18323433       +Safeguard,    Lee Share,    701 Lee St. Suite 840,    Des Plaines, IL 60016-4550
18323434       +Shaun and Maureen Petit,    447 Bryant Ave.,    Glen Ellyn, IL 60137-4701
18323435       +Shefsky And Froehlich,    111 E. Wacker Drive,    Suite 2800,    Chicago, IL 60601-4209
18323437       +Standard Bank and Trust,    1400 Heritage Drive,    Morris, IL 60450-2041
18323438       +Stanley And Sheila Schlitter,    510 Ash Street,    Winnetka, IL 60093-2604
18323440       +Sue Pecora,    202 E. Camp McDonald Rd.,    Prospect Heights, IL 60070-1507
22322591       +Sugar Felsenthal Grais & Hammer LLP,     successor to Sugar & Felsenthal LLP,    Leland Chait,
                 30 N. LaSalle St., Ste. 3000,    Chicago,  60602-3481
18323441       +Sun Trust Mortgage,    1001 Semmes Ave.,    Richmond, VA 23224-2245
18323442        TAMCO Capital Corporation,    4830 W. Kennedy Blvds.,    Suite 650,    Tampa, FL  33609
18323444       +TKG Illinois Storage, LLC,    C/O CT Corp Systems,    208 S. LaSalle Suite 814,
                 Chicago, IL 60604-1101
18323328       +The Law Offices of Bradley H Foreman P,     120 S State Street Suite 535,
                 Chicago, IL 60603-5509
18323443       +The Private Bank,    1110 Jorie Blvd.,    Oak Brook, IL 60523-2224
18323448      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: US Bank,    US Bancorp Center,    800 Nicolett Mall,
                 MInneapolis, MN  55402)
18323445       +Ulsrom Land Searching,    223 W. Madison,    Ottawa, IL 61350-2818
```

```
District/off: 0752-1          User: adragonet             Page 3 of 4                  Date Rcvd: Jun 18, 2015
                              Form ID: pdf006             Total Noticed: 155


18323447       +Urszula Gaworski,    15 Bar Harbour Rd.,    Unit 6C,   Schaumburg, IL 60193-1961
18323449       +Vanguard Archives,    420 South 37th Ave.,    St. Charles, IL 60174-5416
18690816       +Veterans Messenger,    2220 Arthur Ave.,    Elk Grove Village, IL 60007-6011
18323450       +Violet and Benjamin Youkhana,    8440 N. LeClaire,    Skokie, IL 60077-2132
18323455       +WI-FI Fairway LLC,    8170 McCormick Blvd.,    Skokie, IL 60076-2961
18323456      ++WORLD SAVINGS BANK FSB,    ATTN BANKRUPTCY DEPARTMENT,    4101 WISEMAN BLVD,
                 SAN ANTONIO TX 78251-4200
                (address filed with court: World Savings Bank,    4101 Wiseman Blvd.,    Bldg 108,
                 San Antonio, TX  78251)
18323451        Washington Mutual Home Loans,    P.O. Box 201085,    Stockton, CA  95202
18323452       +Wauconda Associates,    176 Thomas Ct.,    Wauconda, IL 60084-2495
19701773       +Weiss Properties, Inc,    as Agent for Landlord Wi-Fi Fairway, LLC,
                 c/o Law Offices of Ira Piltz,    8170 McCormick Blvd, Suite 116,    Skokie, IL 60076-2914
18323453       +Wells Fargo,   1 HOme Campus,    Des Moines, IA 50328-0001
18323454       +Wells Fargo Bank,    2289 Howard St.,    Evanston, IL 60202-3636
18328533       +Wells Fargo Financial Leasing, Inc.,    800 Walnut Street,    MAC F4031-050,
                 Des Moines, IA 50309-3605
18690817       +Wi-Fi Fairway LLC,    P.O. Box 597875,    Chicago, IL 60659-7875
18323457       +Ziad and Maher Farhan,    5027 W. Fullerton,    Chicago, IL 60639-2413
18323458       +Zones,   1102 15th St.,    Suite 102,    Auburn, WA 98001-6524
22433246       +Zones, Inc.,    1102 15th St. SW,    Auburn, WA 98001-6524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18576236       +E-mail/Text: g17768@att.com Jun 19 2015 00:55:02      % AT&T Services, Inc,   James Grudus, Esq.,
                 One AT&T Way, Room 3A218,    Bedminster, NJ 07921-2693
22348762       +E-mail/Text: g17768@att.com Jun 19 2015 00:55:02      AT&T CORP,   % AT&T Services, Inc.,
                 Karen Cavagnaro, Esq.,    One AT&T Way, Suite 3A104,    Bedminster, NJ 07921-2693
22348885       +E-mail/Text: g17768@att.com Jun 19 2015 00:55:03      AT&T Long Distance, LLC,
                 % AT&T Services, Inc.,    Karen Cavagnaro, Esq.,    One AT&T Way, Suite 3A104,
                 Bedminster, NJ 07921-2693
18465683       +E-mail/Text: legalcollections@comed.com Jun 19 2015 00:56:57      Commonwealth Edison Company,
                 3 Lincoln Centre,    Oakbrook Terrace, Il 60181-4204,    Attn: Bankrutpcy Dep.
18641990        E-mail/Text: cio.bncmail@irs.gov Jun 19 2015 00:55:24
                 Department of Treasury  Internal Revenue Service,    P O Box 7346,
                 Philadelphia, PA  19101-7346
18323372       +E-mail/Text: bncnotice@oakpointpartners.com Jun 19 2015 00:55:54
                 First NLC Financial Services,    700 W. Hillsboro Blvd.,    Suite 204,
                 Deerfield Beach, FL 33441-1612
22350120       +E-mail/Text: g17768@att.com Jun 19 2015 00:55:02      Illinois Bell Telephone Company,
                 % AT&T Services, Inc.,    Karen Cavagnaro, Esq.,    One AT&T Way, Suite 3A104,
                 Bedminster, NJ 07921-2693
18690812       +E-mail/Text: bankrup@aglresources.com Jun 19 2015 00:54:51      Nicor,   P.O. Box 190,
                 Aurora, IL 60507-0190
22298521       +E-mail/Text: bankrup@aglresources.com Jun 19 2015 00:54:51      Nicor Gas,   po box 549,
                 Aurora il 60507-0549
18323419       +E-mail/Text: EBN_Notifications@OWB.com Jun 19 2015 00:55:48      One West Bank,
                 888 East Walnut St.,    Pasadena, CA 91101-1895
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18690814         Property Insight
18323327*      +Republic Title Company,    1941 Rohlwing Rd,   Rolling Meadows, IL 60008-1338
18323338      ##+Bank Of America,    475 CrossPoint Parkwy,   Getzville, NY 14068-1609
18323363      ##+FDIC,   200 N.Martingale Rd.,    Schaumburg, IL 60173-2040
18323406      ##MBE Partners,   P.O. Box 32297,    Raleigh, NC  27622-2297
18323410      ##+Mubarek Ibrahim,    9124 S. Thomas,   Bridgeview, IL 60455-2603
18323436      ##+Sir Speedy,    721 Hastings Lane,   Buffalo Grove, IL 60089-6906
18323439      ##+State City County Services,    120 W. Madison,   Suite 1216,   Chicago, IL 60602-4143
18690815      ##+The Hearn Co.,    100 N. LaSalle,   Suite 2500,   Chicago, IL 60602-2410
18323446      ##+United Office Systems,    Suite 13,   5400 Newport Drive,   Rolling Meadows, IL 60008-3721
                                                                                             TOTALS: 1, * 1, ## 8

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: adragonet            Page 4 of 4              Date Rcvd: Jun 18, 2015
                              Form ID: pdf006            Total Noticed: 155
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2015                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2015 at the address(es) listed below:
              Aaron B Chapin    on behalf of Creditor    General Electric Capital Corporation
               achapin@reedsmith.com
              Alex D Moglia, ESQ    amoglia@mogliaadvisors.com, IL31@ecfcbis.com
              Alex D Moglia, ESQ    on behalf of Accountant    Powcer katten amoglia@mogliaadvisors.com,
               IL31@ecfcbis.com
              Bradley H Foreman    on behalf of Debtor    Republic Title Company Brad@BradleyForeman.com
              David W. Asbach    on behalf of U.S. Trustee Patrick S Layng dave.w.asbach@usdoj.gov
              Elizabeth B Vandesteeg    on behalf of Creditor Jeffrey    Picklin evandesteeg@lplegal.com,
               nbailey@lplegal.com;ikropiewnicka@lplegal.com
              Francis X Buckley, Jr.    on behalf of Debtor    Republic Title Company
               fxbuckleyjr@thompsoncoburn.com, aversis@thompsoncoburn.com
              Francis X Buckley, Jr.    on behalf of Creditor    AFS/Ibex Financial Services Corporation
               fxbuckleyjr@thompsoncoburn.com, aversis@thompsoncoburn.com
              Ira Bodenstein    on behalf of Creditor    Vanguard Archives, LLC ibodenstein@shawfishman.com,
               cowens@shawfishman.com
              Jeffrey Snell    on behalf of U.S. Trustee Patrick S Layng jeffrey.snell@usdoj.gov
              John D Silk    on behalf of Creditor    OB I LLC silk@rbmchicago.com, pogliano@rbmchicago.com
              John E Gierum    on behalf of Creditor    Chicago Title Land Trust Company under a Trust Agreement
               dated December 15, 1999 and Known as Trust 1107798 jgierum@7trustee.net, karen@gierummantas.com
              Jonathan M Weis    on behalf of Creditor    Diamond Bank, FSB jweis@lgattorneys.com,
               trubin@lgattorneys.com;pkelly@lgattorneys.com
              Jonathan P Friedland    on behalf of Creditor Jeffrey    Picklin jfriedland@lplegal.com,
               jthompson@lplegal.com
              Joshua D. Greene    on behalf of Trustee Alex D Moglia, ESQ jgreene@springerbrown.com,
               iprice@springerbrown.com
              Leah Wardak    on behalf of Creditor    The Hearn Company lwardak@frltd.com
              Maria A Diakoumakis    on behalf of Creditor    Fidelity National Title Insurance Co.
               mdiakoumakis@dykema.com, DocketCH@dykema.com
              Mark D Belongia    on behalf of Creditor Piero    Orsi mbelongia@ralaw.com,
               marsha.sullivan@duanemorris.com
              Mark J McClenathan    on behalf of Creditor    Grange Mutual Casualty Co.
               mmcclenathan@heylroyster.com
              Matthew Johns    on behalf of Creditor    AFS/Ibex Financial Services Corporation
               mjohns@thompsoncoburn.com, vbedgood@thompsoncoburn.com
              Meredith S Fox    on behalf of Trustee Alex D Moglia, ESQ tspringer@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Prince Njoku    on behalf of Creditor    Fidelity National Title Insurance Co. pnjoku@dykema.com
              Scott A. Nehls    on behalf of Creditor    The Hearn Company snehls@frltd.com, sanehls@gmail.com
              Shelley Smith    on behalf of Creditor Piero    Orsi ssmith@belongialaw.com, krodriguez@bupdlaw.com
              Shelly A. DeRousse    on behalf of Creditor    Fidelity National Title Insurance Co.
               sderousse@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com
              Thomas E Springer    on behalf of Trustee Alex D Moglia, ESQ tspringer@springerbrown.com,
               jkrafcisin@springerbrown.com
              Thomas W Dillon    on behalf of Creditor Jeffrey    Picklin tom@konicekdillonlaw.com
                                                                                             TOTAL: 28
```