UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 11bk52255 |
| REPUBLIC TITLE COMPANY ) | |
| ) | Chapter 7 |
| ) | |
| Debtor. ) | Honorable Timothy A. Barnes |
| ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO THOMAS E SPRINGER, ESQ, ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 10,317.50 | TOTAL COSTS REQUESTED: | $ 291.10 |
| TOTAL FEES REDUCED: | $ 0.00 | TOTAL COSTS REDUCED: | $ 57.60 |
| TOTAL FEES ALLOWED: | $ 10,317.50 | TOTAL COSTS ALLOWED: | $ 233.50 |

**TOTAL FEES AND COSTS ALLOWED: $ 10,551.00**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the right of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)  Excessive Expenses – TOTAL of disallowed amounts: $ 57.60

The Court denies the allowance of reimbursement for expenses that were not actually and necessarily incurred by the applicant. *See* 11 U.S.C. §§ 330(a)(1)(B) & 331. The fee application fails to demonstrate that the requested expenses for photocopies or facsimiles (or both) were actual out-of-pocket disbursements and that the quoted rates were necessary in light of prevailing (and lower) commercial rates. In the absence of such proof, the Court will allow reimbursement of photocopy expenses at a rate of $0.10 per page in accordance with prevailing commercial rates and will not allow expenses for facsimiles.

Dated: July 14, 2015

_____
Timothy A. Barnes
United States Bankruptcy Judge

## EXPENSES

| DATE | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| 8/15/2012 | Copying cost-$.15/page, 10 pages, 6 recipients Motion to Employ SBCGD | $9.00 | (1) Excessive Expenses |
| 8/15/2012 | Postage-$.65 each, 6 recipients Motion to Employ SBCGD | $3.90 | |
| 8/15/2012 | Postage-$.65 each, 12 recipients Motion to Abandon | $7.80 | |
| 8/15/2012 | Copying cost-$.15/page, 9 pages, 12 copies Motion to Abandon | $16.20 | (1) Excessive Expenses |
| 10/2/2012 | Postage Motion to Settle 164 x .65 | $106.60 | |
| 10/2/2012 | Copying cost Motion to Settle 6pgs x 164 copies | $147.60 | (1) Excessive Expenses |
| | TOTAL | $291.10 | |

Expenses
Exhibit B