**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: REPUBLIC TITLE COMPANY         § Case No. 11-52255-TAB
                                      §
                                      §
                                      §
Debtor(s)                             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   ALEX D. MOGLIA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,348,081.36        Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $8,932.57    Claims Discharged
                                               Without Payment: $1,288,971.26

Total Expenses of Administration: $28,067.43

---

   3) Total gross receipts of $ 37,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $37,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $2,481.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 28,466.87 | 28,067.43 | 28,067.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 14,469.80 | 14,469.80 | 8,932.57 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,400.00 | 1,283,434.03 | 1,283,434.03 | 0.00 |
| **TOTAL DISBURSEMENTS** | $2,400.00 | $1,328,851.70 | $1,325,971.26 | $37,000.00 |

4) This case was originally filed under Chapter 7 on December 31, 2011. The case was pending for 48 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/16/2016           By: /s/ALEX D. MOGLIA
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Republic Title vs Picklin settlement | 1141-000 | 37,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$37,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Wells Fargo Financial Leasing, Inc. | 4110-000 | N/A | 2,481.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$2,481.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALEX D. MOGLIA | 2100-000 | N/A | 4,450.00 | 4,450.00 | 4,450.00 |
| ALEX D. MOGLIA | 2200-000 | N/A | 26.91 | 10.07 | 10.07 |
| SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | 3210-000 | N/A | 10,317.50 | 10,317.50 | 10,317.50 |
| SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | 3220-000 | N/A | 291.10 | 233.50 | 233.50 |
| POPOWCER KATTEN, LTD | 3410-000 | N/A | 1,850.00 | 1,850.00 | 1,850.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Office ot the U.S. Trustee (ADMINISTRATIVE) | 2950-000 | N/A | 325.00 | 0.00 | 0.00 |
| Rabobank, N.A. | 2600-000 | N/A | 15.30 | 15.30 | 15.30 |
| Vanguard Archives, LLC | 2990-000 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 2.95 | 2.95 | 2.95 |
| Rabobank, N.A. | 2600-000 | N/A | 48.43 | 48.43 | 48.43 |
| Rabobank, N.A. | 2600-000 | N/A | 36.15 | 36.15 | 36.15 |
| International Sureties, LTD | 2300-000 | N/A | 30.48 | 30.48 | 30.48 |
| Rabobank, N.A. | 2600-000 | N/A | 37.39 | 37.39 | 37.39 |
| Rabobank, N.A. | 2600-000 | N/A | 41.16 | 41.16 | 41.16 |
| Rabobank, N.A. | 2600-000 | N/A | 39.81 | 39.81 | 39.81 |
| Rabobank, N.A. | 2600-000 | N/A | 35.90 | 35.90 | 35.90 |
| Rabobank, N.A. | 2600-000 | N/A | 42.26 | 42.26 | 42.26 |
| Rabobank, N.A. | 2600-000 | N/A | 38.36 | 38.36 | 38.36 |
| Rabobank, N.A. | 2600-000 | N/A | 37.02 | 37.02 | 37.02 |
| Rabobank, N.A. | 2600-000 | N/A | 42.07 | 42.07 | 42.07 |
| Rabobank, N.A. | 2600-000 | N/A | 35.64 | 35.64 | 35.64 |
| Rabobank, N.A. | 2600-000 | N/A | 41.95 | 41.95 | 41.95 |
| Rabobank, N.A. | 2600-000 | N/A | 39.34 | 39.34 | 39.34 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 21.17 | 21.17 | 21.17 |
| Rabobank, N.A. | 2600-000 | N/A | 35.48 | 35.48 | 35.48 |
| Rabobank, N.A. | 2600-000 | N/A | 36.68 | 36.68 | 36.68 |
| Rabobank, N.A. | 2600-000 | N/A | 40.41 | 40.41 | 40.41 |
| Rabobank, N.A. | 2600-000 | N/A | 37.83 | 37.83 | 37.83 |
| Rabobank, N.A. | 2600-000 | N/A | 36.51 | 36.51 | 36.51 |
| Rabobank, N.A. | 2600-000 | N/A | 41.49 | 41.49 | 41.49 |
| Rabobank, N.A. | 2600-000 | N/A | 36.40 | 36.40 | 36.40 |
| Rabobank, N.A. | 2600-000 | N/A | 40.11 | 40.11 | 40.11 |
| Rabobank, N.A. | 2600-000 | N/A | 38.80 | 38.80 | 38.80 |
| Rabobank, N.A. | 2600-000 | N/A | 33.74 | 33.74 | 33.74 |
| Rabobank, N.A. | 2600-000 | N/A | 42.44 | 42.44 | 42.44 |
| Rabobank, N.A. | 2600-000 | N/A | 37.38 | 37.38 | 37.38 |
| Rabobank, N.A. | 2600-000 | N/A | 34.84 | 34.84 | 34.84 |
| Adams Levine Surety Bond Agency | 2300-000 | N/A | 15.98 | 15.98 | 15.98 |
| Rabobank, N.A. | 2600-000 | N/A | 39.76 | 39.76 | 39.76 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 37.22 | 37.22 | 37.22 |
| Rabobank, N.A. | 2600-000 | N/A | 35.91 | 35.91 | 35.91 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$28,466.87** | **$28,067.43** | **$28,067.43** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 22P | OB I LLC | 5200-000 | N/A | 14,469.80 | 14,469.80 | 8,932.57 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$14,469.80** | **$14,469.80** | **$8,932.57** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Wells Fargo Financial Leasing, Inc. | 7100-000 | N/A | 3,722.03 | 3,722.03 | 0.00 |
| 2 | Commonwealth Edison Company | 7100-000 | N/A | 1,715.26 | 1,715.26 | 0.00 |
| 3 | Ricoh Americas Corporation | 7100-000 | 2,400.00 | 2,338.69 | 2,338.69 | 0.00 |
| 4 | % AT&T Services, Inc | 7100-000 | N/A | 6,795.71 | 6,795.71 | 0.00 |
| 5 | General Electric Capital Corporation | 7100-000 | N/A | 76,778.56 | 76,778.56 | 0.00 |
| 6 -2 | Department of Treasury Internal Revenue Service | 7100-000 | N/A | 97,509.93 | 97,509.93 | 0.00 |
| 7 | FedEx Tech Connect Inc as Assignee | 7100-000 | N/A | 5,803.81 | 5,803.81 | 0.00 |
| 9 | Chicago Title U/T/N 8002356953 | 7100-000 | N/A | 1,040.50 | 1,040.50 | 0.00 |
| 10 | Chicago Land Trust Company u/t/No.1107798 c/o | 7100-000 | N/A | 191,339.68 | 191,339.68 | 0.00 |
| 11 | Grange Mutual Casual Company | 7100-000 | N/A | 332,613.61 | 332,613.61 | 0.00 |
| 12 | The Hearn Co. | 7100-000 | N/A | 19,100.78 | 19,100.78 | 0.00 |
| 13 | Weiss Properties, Inc | 7100-000 | N/A | 8,698.60 | 8,698.60 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | Nicor Gas | 7100-000 | N/A | 625.84 | 625.84 | 0.00 |
| 15 | Sugar Felsenthal Grais & Hammer LLP | 7100-000 | N/A | 5,457.40 | 5,457.40 | 0.00 |
| 16 | AT&T CORP | 7100-000 | N/A | 13,047.11 | 13,047.11 | 0.00 |
| 17 | AT&T Long Distance, LLC | 7100-000 | N/A | 305.71 | 305.71 | 0.00 |
| 18 | Illinois Bell Telephone Company | 7100-000 | N/A | 64,324.02 | 64,324.02 | 0.00 |
| 19 -2 | Fidelity National Title Insurance Company | 7100-000 | N/A | 301,480.61 | 301,480.61 | 0.00 |
| 20 | Commonwealth Land Title Insurance Company | 7100-000 | N/A | 113,107.69 | 113,107.69 | 0.00 |
| 21 | Zones, Inc. | 7100-000 | N/A | 3,688.89 | 3,688.89 | 0.00 |
| 22U | OB I LLC | 7100-000 | N/A | 33,939.60 | 33,939.60 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,400.00 | $1,283,434.03 | $1,283,434.03 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-52255-TAB  
**Case Name:** REPUBLIC TITLE COMPANY  

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 03/13/12 (c)  
**§341(a) Meeting Date:** 04/17/12  

**Period Ending:** 03/16/16  

**Claims Bar Date:** 09/23/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Republic Title vs Picklin settlement | 32,000.00 | 32,000.00 | | 37,000.00 | FA |
| 2 | American Chartered Bank xxx5719 (underwriters es<br>Imported from original petition Doc# 14 | 41,677.00 | 41,677.00 | | 0.00 | FA |
| 3 | American Chartered Bank xxxx5647 (escrow account<br>Imported from original petition Doc# 14 | 233,454.34 | 233,454.34 | | 0.00 | FA |
| 4 | American Chartered bank xxxx5655 (operating acco<br>Imported from original petition Doc# 14 | 54,299.00 | 54,299.00 | | 0.00 | FA |
| 5 | American Chartered Bank xxxx5663 (payroll accoun<br>Imported from original petition Doc# 14 | 107,896.00 | 107,896.00 | | 0.00 | FA |
| 6 | American Chartered Bank xxxx5671 (recording acco<br>Imported from original petition Doc# 14 | 100,974.00 | 100,974.00 | | 0.00 | FA |
| 7 | American Chartered Bank xxxx5698 (Closing Protec<br>Imported from original petition Doc# 14 | 82,000.00 | 82,000.00 | | 0.00 | FA |
| 8 | American Chartered Bank xxxx5700 (recording serv<br>Imported from original petition Doc# 14 | 7,900.00 | 7,900.00 | | 0.00 | FA |
| 9 | American Chartered Bank xxxx5727 (account for Co<br>Imported from original petition Doc# 14 | 14.00 | 14.00 | | 0.00 | FA |
| 10 | Security deposit for LaSalle Street (Chicago) Of<br>Imported from original petition Doc# 14 | 1,116.25 | 1,116.25 | | 0.00 | FA |
| 11 | Security deposit for Libertyville Office<br>Imported from original petition Doc# 14 | 3,407.75 | 3,407.75 | | 0.00 | FA |
| 12 | Security Deposit for Milwaukee Ave. office<br>Imported from original petition Doc# 14 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Security deposit for Oak Brook Office<br>Imported from original petition Doc# 14 | 1,718.22 | 1,718.22 | | 0.00 | FA |
| 14 | Security Deposit for Skokie office<br>Imported from original petition Doc# 14 | 2,852.00 | 2,852.00 | | 0.00 | FA |
| 15 | Lawsuit pending in Circuit Court of Cook County<br>Imported from original petition Doc# 14  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Disposed files held in storage<br>Imported from original petition Doc# 14 | 0.00 | 0.00 | OA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-52255-TAB  
**Case Name:** REPUBLIC TITLE COMPANY  

**Period Ending:** 03/16/16

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 03/13/12 (c)  
**§341(a) Meeting Date:** 04/17/12  
**Claims Bar Date:** 09/23/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 17 | 2003 Toyota Corolla with 300,000 miles Imported from original petition Doc# 14 | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 18 | See attached list Exhibt A of miscellaneous furn Imported from original petition Doc# 14 | 35,000.00 | 35,000.00 | OA | 0.00 | FA |
| 19 | American Chartered Bank xxxx5639 (escrow account (u) | 519,205.23 | 519,205.23 | | 0.00 | FA |
| 20 | American Chartered Bank xxxx6410 (escrow account (u) | 155,067.57 | 155,067.57 | | 0.00 | FA |
| 20 | Assets Totals (Excluding unknown values) | $1,380,081.36 | $1,380,081.36 | | $37,000.00 | $0.00 |

RE PROP# 15    DUPLICATE OF ASSET #1

**Major Activities Affecting Case Closing:**

  HEARING ON FINAL FEE APPLICATIONS.

  FINAL DISTRIBUTION.

  HEARING ON FINAL FEE APPLICATIONS.

  FINAL DISTRIBUTION.

**Initial Projected Date Of Final Report (TFR):**    October 31, 2014      **Current Projected Date Of Final Report (TFR):**    June 15, 2015  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-52255-TAB  
**Case Name:** REPUBLIC TITLE COMPANY  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******02-66 - Checking Account  

**Taxpayer ID #:** **-***9283  
**Period Ending:** 03/16/16  

**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/17/12 | {1} | ISBA Mutual Insurance Company | Litigation Settlement Republic vs Picklin | 1141-000 | 32,000.00 | | 32,000.00 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033026088 20121220 | 9999-000 | | 32,000.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 32,000.00 | 32,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 32,000.00 | |
| | | | Subtotal | | 32,000.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$32,000.00** | **$0.00** | |

{} Asset reference(s)

Printed: 03/16/2016 02:06 PM    V.13.25

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 11-52255-TAB  
**Case Name:** REPUBLIC TITLE COMPANY  

**Taxpayer ID #:** **-***9283  
**Period Ending:** 03/16/16  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5566 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 32,000.00 | | 32,000.00 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.30 | 31,984.70 |
| 01/21/13 | 10101 | Vanguard Archives, LLC | Court order allowing settlement payment | 2990-000 | | 10,000.00 | 21,984.70 |
| 01/23/13 | 10102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/23/2013 FOR CASE #11-52255 | 2300-000 | | 2.95 | 21,981.75 |
| 01/25/13 | {1} | Konick & Dillon PC | Jeffrey Picklin's portion of settlement | 1141-000 | 5,000.00 | | 26,981.75 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.43 | 26,933.32 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.15 | 26,897.17 |
| 03/21/13 | 10103 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/21/2013 FOR CASE #11-52255 | 2300-000 | | 30.48 | 26,866.69 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.39 | 26,829.30 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.16 | 26,788.14 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.81 | 26,748.33 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.90 | 26,712.43 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.26 | 26,670.17 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.36 | 26,631.81 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.02 | 26,594.79 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.07 | 26,552.72 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.64 | 26,517.08 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.95 | 26,475.13 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.34 | 26,435.79 |
| 02/28/14 | 10104 | INTERNATIONAL SURETIES, LTD. | Blanket bond # 016026455 payment for 2/1/14 -2/1/15 | 2300-000 | | 21.17 | 26,414.62 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.48 | 26,379.14 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.68 | 26,342.46 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.41 | 26,302.05 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.83 | 26,264.22 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.51 | 26,227.71 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.49 | 26,186.22 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.40 | 26,149.82 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.11 | 26,109.71 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.80 | 26,070.91 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.74 | 26,037.17 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.44 | 25,994.73 |

Subtotals :     $37,000.00     $11,005.27

{} Asset reference(s)

Printed: 03/16/2016 02:06 PM     V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 11-52255-TAB  
**Case Name:** REPUBLIC TITLE COMPANY  

**Taxpayer ID #:** **-***9283  
**Period Ending:** 03/16/16  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.38 | 25,957.35 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.84 | 25,922.51 |
| 03/30/15 | 10105 | Adams Levine Surety Bond Agency | Blanket bond # 10BSBGR6291 - Feb. 1, 2015 - Feb. 1, 2016 | 2300-000 | | 15.98 | 25,906.53 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.76 | 25,866.77 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.22 | 25,829.55 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.91 | 25,793.64 |
| 08/21/15 | 10106 | POPOWCER KATTEN, LTD | Dividend paid 100.00% on $1,850.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,850.00 | 23,943.64 |
| 08/21/15 | 10107 | OB I LLC | BANKRUPTCY CASE11-52255 ,REPUBLIC TITLE COMPANY DIVIDEND ON ALLOWED CLAIM # 22P of 61.73% | 5200-000 | | 8,932.57 | 15,011.07 |
| 08/21/15 | 10108 | ALEX D. MOGLIA | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 4,460.07 | 10,551.00 |
| | | | Dividend paid 100.00%    4,450.00 on $4,450.00; Claim# ; Filed: $4,450.00 | 2100-000 | | | 10,551.00 |
| | | | Dividend paid 100.00%    10.07 on $10.07; Claim# ; Filed: $26.91 | 2200-000 | | | 10,551.00 |
| 08/21/15 | 10109 | SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | Combined Check for Claims#et_al. | | | 10,551.00 | 0.00 |
| | | | Dividend paid 100.00%    10,317.50 on $10,317.50; Claim# ; Filed: $10,317.50 | 3210-000 | | | 0.00 |
| | | | Dividend paid 100.00%    233.50 on $233.50; Claim# ; Filed: $291.10 | 3220-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 37,000.00 | 37,000.00 | $0.00 |
| Less: Bank Transfers | 32,000.00 | 0.00 | |
| **Subtotal** | 5,000.00 | 37,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$5,000.00** | **$37,000.00** | |

{} Asset reference(s)

Printed: 03/16/2016 02:06 PM    V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 11-52255-TAB | | Trustee: | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| Case Name: | REPUBLIC TITLE COMPANY | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5566 - Checking Account |
| Taxpayer ID #: | **-***9283 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/16/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :  37,000.00
―――――――――
Net Estate :  $37,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******02-66 | 32,000.00 | 0.00 | 0.00 |
| Checking # ******5566 | 5,000.00 | 37,000.00 | 0.00 |
| | $37,000.00 | $37,000.00 | $0.00 |

{} Asset reference(s)                                                                                      Printed: 03/16/2016 02:06 PM    V.13.25